APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Dana Jennings, et al.

V.

Carvana, LLC

Civil Action

No: 5:21-cv-05400-EGS

## DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☑ The nongovernmental corporate party, __Carvana, LLC__, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Carvana, LLC has as a member Carvana Group, LLC, which has as a member Carvana Co. Sub LLC, which has as its member Carvana Co., a publicly traded corporation. No other publicly held corporation owns 10% or more of its stock.

12/10/2021
Date                                   Signature

Counsel for: Carvana, LLC

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
 (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock;  or
 (2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
 (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
 (2) promptly file a supplemental statement if any required information changes.

## CERTIFICATE OF SERVICE

I, Paul G. Gagne, hereby certify that on December 10, 2021, I caused a true and correct copy of the foregoing Rule 7.1 Disclosure Statement to be served via email and this Court's ECF system on the following:

Robert P. Cocco
ROBERT P. COCCO, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Telephone: (215) 351-0200
Email: bob.cocco@phillyconsumerlaw.com

*Attorney for Plaintiffs*

/s/ *Paul g. Gagne*
Paul G. Gagne, One of the Attorneys for Carvana, LLC.

Paul G. Gagne
pgagne@kleinbard.com
KLEINBARD LLC
Three Logan Square
Philadelphia, PA 19103
Telephone: (215) 523-5302