IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANA JENNINGS and JOSEPH A. FURLONG, Individually and on Behalf of All Others Similarly Situated, | : : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 21-5400 |
| v. | : : | |
| CARVANA LLC, | : : | |
| Defendant. | : | |

**STIPULATED SCHEDULING ORDER**

Plaintiffs Dana Jennings and Joseph A. Furlong ("Plaintiffs") and Defendant Carvana, LLC ("Carvana"), by and through their undersigned counsel, hereby jointly submit this Stipulated Scheduling Order and agree as follows:

WHEREAS, Plaintiffs filed this action on or about November 5, 2021, in the Court of Common Pleas, Philadelphia County, Pennsylvania, under the caption *Jennings, et al. v. Carvana, LLC*, Case ID 211100526 (ECF 1, Ex. 1);

WHEREAS, Plaintiffs served Carvana with a copy of their Complaint on November 12, 2021 (ECF 1, Exs. 2-3);

WHEREAS, Carvana timely filed a notice of removal of this action from the Court of Common Pleas, Philadelphia County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania on December 9, 2021 (ECF 1);

WHEREAS, pursuant to Federal Rule of Civil Procedure 81, the current deadline for Carvana to file an answer or otherwise respond to the Complaint is seven (7) days after the date of removal, or December 16, 2021;

{02180366;v1 }

WHEREAS, Plaintiffs do not intend to move to remand this action to the County of Common Pleas, Philadelphia County, Pennsylvania at this time based on the representations of Defendant that this Court has jurisdiction pursuant to the Class Action Fairness Act, 28 U.S.C. §§ 1332(d), 1453 ("CAFA") (but Plaintiffs reserve their right to move for a remand later if it turns out that this Court's limited jurisdiction under CAFA cannot be sustained based on actual evidence);

WHEREAS, Carvana intends to file motions to compel arbitration of the claims asserted in Plaintiffs' Complaint on an individual, non-class basis and to dismiss or stay this action and Plaintiffs intend to oppose this relief;

WHEREAS, Carvana is also evaluating whether to move to dismiss this action on other grounds;

WHEREAS, nothing in this Stipulation shall preclude Plaintiffs from requesting any other relief they deem to be appropriate under the circumstances of this case and the pleadings and papers before the Court;

WHEREAS, in the interests of facilitating the efficient resolution of the Parties' dispute, avoiding duplicative briefing, and conserving judicial resources, the Parties jointly propose the following schedule to the Court for its consideration of the potential and/or anticipated motions discussed above;

IT IS THEREFORE STIPULATED AND AGREED THAT the deadline for Carvana to move to compel arbitration on a non-class basis of the claims in Plaintiffs' Complaint and/or move to dismiss shall be set as thirty (30) days from entry of this Stipulated Scheduling Order.

Dated:  December 15, 2021           Respectfully submitted,

/Paul G. Gagne/
Paul G. Gagne, one of the Attorneys for
Carvana, LLC

Paul G. Gagne (Pennsylvania ID No. 42009)
pgagne@kleinbard.com
KLEINBARD LLC
Three Logan Square
Philadelphia, PA 19103
Telephone:  (215) 523-5302

Eric Leon (New York Bar No. 2626562) (*Pro Hac Vice to be filed*)
Eric.leon@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864

Robert C. Collins III (Illinois Bar No. 6304674) (*Pro Hac Vice to be filed*)
robert.collins@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL  60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767

Respectfully submitted,

/Robert P. Cocco/
Robert P. Cocco, Attorney for Plaintiffs and the
Putative Classes

Robert P. Cocco (Pennsylvania ID No. 61907)
bob.cocco@phillyconsumerlaw.com
ROBERT P. COCCO, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Telephone:  (215) 351-0200

**IT IS SO ORDERED** this 22nd day of December, 2021

/s/ Edward G. Smith
Hon. Edward G. Smith
United States District Judge