ROBERT P. COCCO, P.C.
By: Robert P. Cocco, Esquire
Attorney I.D. No. 61907
1500 Walnut Street, Suite 900
Philadelphia, Pennsylvania 19102
(215) 351-0200               Attorney for Plaintiffs

**DANA JENNINGS**

And

**JOSEPH A. FURLONG**,

    On their individual behalf and *on behalf of other similarly situated persons*,           Case No.: 5:21-cv-05400-EGS

          Plaintiffs,

    v.

**CARVANA, LLC**

          Defendant.

## PRAECIPE TO ATTACH DOCUMENT

To the Clerk:

Please attach as Exhibits to Plaintiffs' First Amended Complaint the following document attached to this praecipe:

    Exhibit 1:  Comparison Copy of Complaints

    Exhibit 2:  Jennings RISC

    Exhibit 3:  Furlong RISC

Dated: January 17, 2022                /s/Robert P. Cocco
                                            ROBERT P. COCCO, P.C.
                                            Attorney for Plaintiff

<u>Certificate of Service</u>

I, Robert P. Cocco, counsel for Plaintiff, hereby certify that I filed the foregoing Praecipe electronically via ECF email upon Defendants through its counsel of record.

Dated: <u>January 17, 2022</u>                                              <u>/s/ Robert P. Cocco</u>