IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANA JENNINGS and JOSEPH A. FURLONG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARVANA, LLC,<br><br>Defendant. | Case No. 5:21-cv-05400<br><br>Hon. Edward G. Smith |

## MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS

Carvana, LLC ("Carvana") respectfully requests that an order be granted to remove Docket Nos. 18-3 and 18-5 from the docket on the grounds that a portion of each document was incorrectly filed. Docket Nos. 18-3 and 18-5, Exhibits A and C to the Declaration of Robert C. Collins III, Dkt. No. 18-2, contain contact information and vehicle identification numbers that Carvana intended to redact consistent with Local Rule 5.1.3.

On January 28, 2022, Carvana filed amended Exhibits with redactions applied. *See* Dkt. No. 19.

Because a portion of the documents were inadvertently filed and were intended to be redacted instead, Carvana respectfully requests that Docket Nos. 18-3 and 18-5 be permanently deleted from the docket.

Dated: January 31, 2022                     Respectfully submitted,

                                            /s/ *Eric Leon*
                                            Eric Leon, one of the Attorneys for
                                            Carvana, LLC

Eric Leon (New York Bar No. 2626562) (Admitted *Pro Hac Vice*)
eric.leon@lw.com
Marc S. Werner (New York Bar No. 5301221) (Admitted *Pro Hac Vice*)
marc.werner@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864


Robert C. Collins III (Illinois Bar No. 6304674) (Admitted *Pro Hac Vice*)
robert.collins@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL  60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767


Paul G. Gagne (Pennsylvania ID No. 42009)
pgagne@kleinbard.com
KLEINBARD LLC
Three Logan Square
Philadelphia, PA 19103
Telephone:  (215) 523-5302

## **CERTIFICATE OF SERVICE**

I, Eric Leon, hereby certify that I caused a copy of the foregoing to be served on the parties listed below, via the Court's ECF system, on January 31, 2022.

Robert P. Cocco
ROBERT P. COCCO, P.C.
Pa. Id. No. 61907
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Telephone:  (215) 351-0200
Email:  bob.cocco@phillyconsumerlaw.com

*Attorney for Plaintiffs*

Dated:  January 31, 2022

/s/ *Eric Leon*
Eric Leon, One of the Attorneys for Carvana, LLC

Eric Leon
eric.leon@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020