IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANA JENNINGS and JOSEPH A. FURLONG, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiffs,<br><br>   v.<br><br>CARVANA LLC,<br><br>              Defendant. | :<br>:<br>:<br>:<br>:    CIVIL ACTION NO. 21-5400<br>:<br>:<br>:<br>:<br>:<br>: |

## **ORDER**

**AND NOW**, this 2nd day of February, 2022, after considering the motion to remove incorrectly filed documents filed by the defendant (Doc. No. 20); and the plaintiffs having indicated in correspondence with the court that they do not oppose this motion; and for good cause shown, it is hereby **ORDERED** as follows:

    1.    The motion to remove incorrectly filed documents filed by the defendant (Doc. No. 20) is **GRANTED**; and

    2.    The clerk of court shall **REMOVE** exhibit A and exhibit C of the motion to compel arbitration and to dismiss filed by the defendant (Doc. Nos. 18-3 and 18-5) from the docket.

                                          BY THE COURT:


                                          /s/ *Edward G. Smith*
                                          EDWARD G. SMITH, J.