IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANA JENNINGS and JOSEPH A. FURLONG, Individually and on Behalf of All Others Similarly Situated, : : : : Plaintiffs, : : v. : : CARVANA LLC, : : Defendant. : | CIVIL ACTION NO. 21-5400 |

# ORDER

**AND NOW**, this 4th day of March, 2022, it is hereby **ORDERED** that the oral argument on the motion to compel arbitration and the motion to dismiss scheduled for Thursday, March 24, 2022 at 2:00 p.m. is **RESCHEDULED** to **Thursday, April 7, 2022** at **2:00 p.m.** at the Holmes Building, 101 Larry Holmes Drive, 4th Floor, Easton, Pennsylvania 18042.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.