IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANA JENNINGS and JOSEPH A. FURLONG, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>CARVANA, LLC,<br><br>        Defendant. | Case No. 5:21-cv-05400<br><br>Hon. Edward G. Smith |

**DECLARATION OF ROBERT C. COLLINS III IN SUPPORT OF DEFENDANT CARVANA, LLC'S REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND TO DISMISS**

I, Robert C. Collins III, declare pursuant to 28 U.S.C. § 1746 as follows:

1.      I am an attorney licensed to practice in the State of Illinois and am admitted *pro hac vice* in this Court. I am a partner at the law firm of Latham & Watkins LLP, attorneys of record for Carvana, LLC ("Carvana"). I am over the age of 18 years of age. The facts contained in this declaration are based on my personal knowledge and/or information and belief.

2.      Upon information and belief, a true and correct copy of the Retail Installment and Security Contract ("RISC") that Plaintiff Dana Jennings entered into Carvana, which contrary to the document submitted as Dkt. 13-2 in connection with Plaintiffs' Amended Complaint, was executed upon delivery of the vehicle on January 2, 2021, is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Chicago, Illinois on the 11th day of March, 2022.

*/s/ Robert C. Collins III*
Robert C. Collins III