# Exhibit "A"

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

DEAL 39887
STK 1804265H

Dealer Number _____    Contract Number _____

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| JUAN BAIZAN<br>540 WILLOW ST FL 2ND<br>SCRANTON PA 18505<br>LACKAWANNA | N/A<br>N/A<br>N/A<br>N/A | SCRANTON DODGE CHRYSLER JEEP<br>1146 WYOMING AVENUE<br>SCRANTON, PA<br>18509 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Mfg Gross Vehicular Weight | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2015 | RAM 1500 | | 1C6RR7KT3FS631942 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural    ☐ ___N/A___ |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $705.00 |
|---|---|---|---|---|
| 5.65 % | $ 7666.17 | $ 40508.58 | $ 48174.75 | $ 48879.75 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 75 | 642.33 | Monthly beginning 06/01/2018 |
| | N/A | |

Or As Follows: N/A

**Late Charge.** If payment is not paid in full within 10 days after it is due, you will pay a late charge. If the vehicle is a heavy commercial motor vehicle, the charge will be 4% of the part of the payment that is late. Otherwise, the charge will be 2% of the part of the payment that is late.
**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**Insurance.** You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**
**Optional Credit Insurance**
☐ Credit Life:   ☐ Buyer   ☐ Co-Buyer   ☐ Both
☐ Credit Disability:   ☐ Buyer   ☐ Co-Buyer   ☐ Both
Premium:
Credit Life $ ___N/A___
Credit Disability $ ___N/A___
Insurance Company Name ___N/A___
N/A
Home Office Address ___N/A___
N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance pays the unpaid part of the Amount Financed if you die. This insurance pays only the amount you would owe if you paid all your payments on time. Credit disability insurance pays the scheduled payments due under this contract while you are disabled. This insurance does not cover any increase in your payment or in the number of payments. The policies or certificates issued by the named insurance companies may further limit the coverage that credit life insurance or credit disability insurance provides. See the policies or certificates for coverage limits or other terms and conditions.

**ITEMIZATION OF AMOUNT FINANCED** (Seller may keep part of the amounts paid to others.)
1  Cash Price
   Vehicle                          $ 33500.00
   Accessories and Installation     $   695.00
   Government Taxes                 $  2315.58
   Vehicle Delivery                 $     N/A
   to N/A        for N/A            $     N/A
   to N/A        for N/A            $     N/A
   to N/A        for N/A            $     N/A
   to N/A        for N/A            $     N/A
   to N/A        for N/A            $     N/A
   to N/A        for N/A            $     N/A
   to N/A        for N/A            $     N/A
   to N/A        for N/A            $     N/A
                                    $ 36510.58 (1)

**Other Optional Insurance**
☐ ___N/A___                         ___N/A___
Type of Insurance                    Term
Premium $ ___N/A___
Description of Coverage ___N/A___
N/A

2  Total Downpayment =
   Trade-In _____N/A_____
              (Year)   (Make)   (Model)
   Trade-In _____N/A_____
                      (VIN)
   Gross Trade-In Allowance                               $ ____N/A____
   Less Pay Off Made By Seller                            $ ____N/A____
   Equals Net Trade In                                    $ ____N/A____
   + Cash                                                 $ __705.00__
   + Other ___N/A___                                      $ ____N/A____
   (If total downpayment is negative, enter "0" and see 4H below)
                                                          $ __705.00__ (2)
3  Unpaid Balance of Cash Price (1 minus 2)               $ _35805.58_ (3)
4  Other Charges Including Amounts Paid to Others on Your Behalf
   A  Cost of Optional Credit Insurance Paid to Insurance
      Company or Companies
      Life          Term          $ ___N/A___
      Disability    Term          $ ___N/A___          $ ___N/A___
   B  Other Optional Insurance Paid to Insurance Company or Companies
      (Describe) __N/A__  Term __N/A__                $ ___N/A___
      (Describe) __N/A__  Term __N/A__                $ ___N/A___
   C  Official Fees Paid to Government Agencies
      to __N/A__   for __N/A__                        $ ___N/A___
      to __N/A__   for __N/A__                        $ ___N/A___
      to __N/A__   for __N/A__                        $ ___N/A___
   D  Optional Gap Contract                           $ __648.00__
   E  Government Taxes Not Included in Cash Price     $ ___N/A___
   F  Government License and/or Registration Fees
          Registrati                                  $ __85.00__
   G  Government Certificate of Title Fees
      (includes $ __25.00__ security interest recording fee)   $ __78.00__
   H  Other Charges (Seller must identify who is paid and describe purpose)
      to __N/A__              for Prior Credit or Lease Balance  $ ___N/A___
      to SCRANTON DODGE       for Documentation Fee              $ _141.00_
      to ZURICH COMP 72       for SERV. CONTRACT                 $ _3750.00_
      to __N/A__              for __N/A__                        $ ___N/A___
      to __N/A__              for __N/A__                        $ ___N/A___
      to __N/A__              for __N/A__                        $ ___N/A___
      to __N/A__              for __N/A__                        $ ___N/A___
      to __N/A__              for __N/A__                        $ ___N/A___
      to __N/A__              for __N/A__                        $ ___N/A___
      to __N/A__              for __N/A__                        $ ___N/A___
      Total Other Charges and Amounts Paid to Others on Your Behalf  $ _4703.00_ (4)
5  Amount Financed (3 + 4)                            $ _40508.58_ (5)
6  Finance Charge                                     $ _7666.1__ (6)
7  Total of Payments-Time Balance (5 + 6)             $ _48174.7_ (7)

---

Insurance Company Name _____N/A_____
Home Office Address _____N/A_____
_____N/A_____
☐ _____N/A_____ _____N/A_____
   Type of Insurance     Term
Premium $ _____N/A_____
Description of Coverage _____N/A_____
_____N/A_____
Insurance Company Name _____N/A_____
_____N/A_____
Home Office Address _____N/A_____
_____N/A_____

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.
I want the insurance checked above.

X ____N/A____    ____N/A____
Buyer Signature        Date

X ____N/A____    ____N/A____
Co-Buyer Signature     Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

**Returned Check Charge:** You agree to pay the costs we actually pay to others if any check you give us is dishonored.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term __75__ Mos.    Gap Insurance
                    Name of Gap Contract
I want to buy a gap contract.
Buyer Signs X _____

---

**If you do not meet your contract obligations, you may lose the vehicle.**

| NO COOLING OFF PERIOD |
|---|
| State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales. |

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.     Buyer Signs **X**_____  Co-Buyer Signs **X**_____ N/A _____

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

You authorize us to obtain information about you, or the vehicle you are buying, from the state motor vehicle department or other motor vehicle registration authorities.

See back for other important agreements.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**NOTICE TO BUYER. DO NOT SIGN THIS CONTRACT IN BLANK. YOU ARE ENTITLED TO AN EXACT COPY OF THE CONTRACT YOU SIGN. KEEP IT TO PROTECT YOUR LEGAL RIGHTS. ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE BUYER COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE BUYER SHALL NOT EXCEED AMOUNTS PAID BY THE BUYER HEREUNDER.**

Buyer Signs **X**_____ Date __05/02__ Co-Buyer Signs **X**_____ N/A _____ Date _____

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.**

Buyer Signs **X**_____ Date __05/02__ Co-Buyer Signs **X**_____ N/A _____ Date _____

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here **X**_____   Address _____

Seller Signs ____ SCRANTON DODGE CHRYSLER JE ____ Date __05/02__ By **X**_____ Title _____

| Seller assigns its interest in this contract to | NBT BANK | | (Assignee) under the terms of Seller's agreement(s) with Assignee. |
|---|---|---|---|
| ☐ Assigned with recourse | | ☐ Assigned without recourse | ☐ Assigned with limited recourse |
| Seller | SCRANTON DODGE CHRYSLER JEEP | By _____ | Title ___ |

**LAW** FORM NO. 553-PA (REV. 12/14) U.S. PATENT NO. D460,782
©2014 The Reynolds and Reynolds Company   TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR
FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

DEALER COPY

T397694786-DP397694787 - THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

**ITEMIZATION OF AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)**

1  Cash Price

| | | |
|---|---|---|
| Vehicle | | $ 23,500.00 |
| Accessories and Installation | | $ N/A |
| Government Taxes | | $ 1,552.74 |
| Vehicle Delivery | | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| | | $ 25,052.74 (1) |

2  Total Downpayment =

Trade-In  N/A (Year)  N/A (Make)  N/A (Model)

Trade-In __N/A__ (VIN)

| | |
|---|---|
| Gross Trade-In Allowance | $ N/A |
| Less Pay Off Made By Seller to N/A | $ N/A |
| Equals Net Trade In | $ N/A |
| + Cash | $ 2,500.00 |
| + Other  N/A | $ N/A |
| + Other  N/A | $ N/A |
| + Other  N/A | $ N/A |
| (If total downpayment is negative, enter "0" and see 4H below) | $ 2,500.00 (2) |

3  Unpaid Balance of Cash Price (1 minus 2)  $ 22,552.74 (3)

4  Other Charges Including Amounts Paid to Others on Your Behalf

A  Cost of Optional Credit Insurance Paid to Insurance Company or Companies

| | | | | |
|---|---|---|---|---|
| Life | Term N/A | $ N/A | | |
| Disability | Term N/A | $ N/A | | $ N/A |

B  Other Optional Insurance Paid to Insurance Company or Companies

| | | |
|---|---|---|
| (Describe) N/A | Term N/A | $ N/A |
| (Describe) N/A | Term N/A | $ N/A |

C  Official Fees Paid to Government Agencies

| | | |
|---|---|---|
| to FREEDOM TOYOTA | for ONLINE REG | $ 17.47 |
| to FREEDOM TOYOTA | for NOTARY FEE | $ 15.00 |
| to FREEDOM TOYOTA | for COUNTY FEE | $ 5.00 |

D  Optional Gap Contract  $ 795.00

E  Government Taxes Not Included in Cash Price  $ N/A

F  Government License and/or Registration Fees

N/A

Registration Fee  $ 38.00

G  Government Certificate of Title Fees

(includes $ __26.00__ security interest recording fee)  $ 81.00

H  Other Charges (Seller must identify who is paid and describe purpose)

| | | |
|---|---|---|
| to N/A | for Prior Credit or Lease Balance | $ N/A |
| to FREEDOM TOYOTA | for Documentation Fee | $ 389.00 |
| to FIRST EXTENDED | for Service Contract | $ 2,379.00 |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |

Total Other Charges and Amounts Paid to Others on Your Behalf  $ 3,719.47 (4)

5  Amount Financed (3 + 4)  $ 26,272.21 (5)

6  Finance Charge  $ 13,869.23 (6)

7  Total of Payments-Time Balance (5 + 6)  $ 40,141.44 (7)

---

Insurance. You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

**Optional Credit Insurance**

☐ Credit Life:  ☐ Buyer  ☐ Co-Buyer  ☐ Both
☐ Credit Disability:  ☐ Buyer  ☐ Co-Buyer  ☐ Both

Premium:
Credit Life $ _____ N/A
Credit Disability $ _____ N/A

Insurance Company Name _____
N/A

Home Office Address _____
N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance pays the unpaid part of the Amount Financed if you die. This insurance pays only the amount you would owe if you paid all your payments on time. Credit disability insurance pays the scheduled payments due under this contract while you are disabled. This insurance does not cover any increase in your payment or in the number of payments. The policies or certificates issued by the named insurance companies may further limit the coverage that credit life insurance or credit disability insurance provides. See the policies or certificates for coverage limits or other terms and conditions.

**Other Optional Insurance**

☐ _____N/A_____   _____N/A_____
Type of Insurance    Term

Premium $ _____ N/A

Description of Coverage _____
N/A

Insurance Company Name _____
N/A

Home Office Address _____
N/A

☐ _____N/A_____   _____N/A_____
Type of Insurance    Term

Premium $ _____ N/A

Description of Coverage _____
N/A

Insurance Company Name _____
N/A

Home Office Address _____
N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X A _____N/A_____   _____N/A_____
Buyer Signature                Date

X A _____N/A_____   _____N/A_____
Co-Buyer Signature             Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

# LAW 553-PA-e 12/19

## RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| DEANN M DEVINE<br>319 NORTH ST<br>Williamstown, PA 17098 DAUPHIN | CRYSTAL LEENA GEIGER<br>319 NORTH ST<br>Williamstown, PA 17098 DAUPHIN | SAVAGE IMPORTS, INC.<br>41 INDUSTRIAL DRIVE<br>HAMBURG, PA 19526 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Mfg Gross Vehicular Weight | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| Used | 2017 | Toyota Sienna | N/A | 5TDYZ3DC0HS853280 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural  ☐ N/A |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $2,500.00 |
|---|---|---|---|---|
| 15.14 % | $ 13,669.23 | $ 26,272.21 | $ 40,141.44 | $ 42,641.44 |

**Your Payment Schedule Will Be:** (e) means an estimate

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 557.52 | Monthly beginning  04/12/2021 |
| N/A | $ N/A | N/A    N/A |

N/A

**Returned Check Charge:** You agree to pay the costs we actually pay to others if any check you give us is dishonored.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

**Late Charge.** If payment is not paid in full within 10 days after it is due, you will pay a late charge. If the vehicle is a heavy commercial motor vehicle, the charge will be 4% of the part of the payment that is late. Otherwise, the charge will be 2% of the part of the payment that is late.
**Prepayment.** If you pay early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### If you do not meet your contract obligations, you may lose the vehicle.

**Electronic Contracting and Signature Acknowledgment.** You agree that (i) this contract is an electronic contract executed by you using your electronic signature, (ii) your electronic signature signifies your intent to enter into this contract and that this contract be legally valid and enforceable in accordance with its terms to the same extent as if you had executed this contract using your written signature and (iii) the authoritative copy of this contract ("Authoritative Copy") shall be that electronic copy that resides in a document management system designated by us for the storage of authoritative copies of electronic records, which shall be deemed held by us in the ordinary course of business. Notwithstanding the foregoing, if the Authoritative Copy is converted by printing a paper copy which is marked by us as the original (the "Paper Contract"), then you acknowledge and agree that (1) your signing of this contract with your electronic signature also constitutes issuance and delivery of such Paper Contract, (2) your electronic signature associated with this contract, when affixed to the Paper Contract, constitutes your legally valid and binding signature on the Paper Contract and (3) subsequent to such conversion, your obligations will be evidenced by the Paper Contract alone.

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

Dealer Number _____ Contract Number _____

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| JOHN MARTINEK<br>1412 MILFORD RD<br>DINGMANS FERRY, PA 18328 | | RAY PRICE MOTORS IMPORTS INC.<br>505 FAWN ROAD<br>E. STROUDSBURG, PA 18301 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Mfg Gross Vehicular Weight | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2014 | HONDA ACCORD | 3192 | 1HGCR2F3XEA063724 | ☒ Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural ☐ N/A |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $5000.00 is |
|---|---|---|---|---|
| 6.3900 % | $ 3219.59 | $ 15365.77 | $ 18585.36 | $ 23585.36 |

Insurance. You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.
If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**
**Optional Credit Insurance**
☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both
Premium:
Credit Life $ _____ N/A _____
Credit Disability $ _____ N/A _____
Insurance Company Name _____
Home Office Address _____

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 258.13 | Monthly beginning JUNE 26 2017 |

Or As Follows:

**Late Charge.** If payment is not paid in full within 10 days after it is due, you will pay a late charge. If the vehicle is a heavy commercial motor vehicle, the charge will be 4% of the part of the payment that is late. Otherwise, the charge will be 2% of the part of the payment that is late.
**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance pays the unpaid part of the Amount Financed if you die. This insurance pays only the amount you would owe if you paid all your payments on time. Credit disability insurance pays the scheduled payments due under this contract while you are disabled. This insurance does not cover any increase in your payment or in the number of payments. The policies or certificates issued by the named insurance companies may further limit the coverage that credit life insurance or credit disability insurance provides. See the policies or certificates for coverage limits or other terms and conditions.

### ITEMIZATION OF AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)

1. Cash Price
   - Cash Price ............................................. $ 15500.00
   - Vehicle .................................................. $ N/A
   - Accessories and Installation ....................... $ 1094.22
   - Government Taxes .................................... $ N/A
   - Vehicle Delivery ...................................... $ N/A
   - to _____ for _____ $ N/A
   - to _____ for _____ $ N/A
   - to _____ for _____ $ N/A
   - to _____ for _____ $ N/A
   - to _____ for _____ $ N/A
   - to _____ for _____ $ N/A
   - $ 16594.22 (1)

2. Total Downpayment =
   - Trade-In (Year) (Make) (Model)
   - Trade-In (VIN)
   - Gross Trade-In Allowance ........................ $ N/A
   - Less Pay Off Made By Seller ..................... $ N/A
   - Equals Net Trade In ................................ $ N/A
   - + Cash ................................................... $ 5000.00
   - + Other .................................................. $ N/A
   - (If total downpayment is negative, enter "0" and see 4H below) $ 5000.00 (2)

3. Unpaid Balance of Cash Price (1 minus 2) ... $ 11594.22 (3)

4. Other Charges Including Amounts Paid to Others on Your Behalf
   A. Cost of Optional Credit Insurance Paid to Insurance Company or Companies
      - Life __ Term N/A $ N/A $ N/A
      - Disability __ Term __ $ N/A $ N/A
   B. Other Optional Insurance Paid to Insurance Company or Companies
      - (Describe) ___ Term ___ $ N/A
      - (Describe) ___ Term ___ $ N/A
   C. Official Fees Paid to Government Agencies
      - to _____ for _____ $ N/A
      - to _____ for _____ $ N/A
      - to _____ for _____ $ N/A
   D. Optional Gap Contract ............................ $ 769.00
   E. Government Taxes Not Included in Cash Price ... $ N/A
   F. Government License and/or Registration Fees
      - _____ $ 36.00
   G. Government Certificate of Title Fees
      - (includes $ 24.00 security interest recording fee) $ 75.00
   H. Other Charges (Seller must identify who is paid and describe purpose)
      - to _____ for Prior Credit or Lease Balance $ N/A
      - to _____ for _____ $ N/A
      - to THE WARRANTY GROUP for SERVICE CONTRACT $ 1800.00
      - to DEALER for ON LINE FEES $ 16.55
      - to DEALER for DOC FEE $ 138.00
      - to WARRANTY CORP for THREE FOR ONE $ 658.00
      - to _____ for _____ $ N/A
      - to WARRANTY CORP for KEY REPLACEMENT $ 279.00
      - to _____ for _____ $ N/A
      - to _____ for _____ $ N/A
   Total Other Charges and Amounts Paid to Others on Your Behalf $ 3771.55 (4)

5. Amount Financed (3 + 4) ......................... $ 15365.77 (5)
6. Finance Charge ...................................... $ 3219.59 (6)
7. Total of Payments-Time Balance (5 + 6) ..... $ 18585.36 (7)

**Other Optional Insurance**
☐ Type of Insurance ___ Term ___
Premium $ N/A
Description of Coverage ___
Insurance Company Name ___ N/A ___
Home Office Address ___

☐ Type of Insurance ___ N/A ___ Term ___ N/A ___
Premium $ N/A
Description of Coverage ___
Insurance Company Name ___ N/A ___
Home Office Address ___

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.
☒ I want the insurance checked above.
X _____ 05/13/2017
Buyer Signature Date
X _____ 05/13/2017
Co-Buyer Signature Date

**Returned Check Charge:** You agree to pay the costs we actually pay to others if any check you give us is dishonored.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term 72 Mos. AWS, INC.
Name of Gap Contract
I want to buy a gap contract.
Buyer Signs X _John Martinek_

**If you do not meet your contract obligations, you may lose the vehicle.**

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before 05/13, Year 2017 SELLER'S INITIALS ___

## NO COOLING OFF PERIOD
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.
Buyer Signs X _John Martinek_ Co-Buyer Signs X _____

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
You authorize us to obtain information about you, or the vehicle you are buying, from the state motor vehicle department or other motor vehicle registration authorities.
See back for other important agreements.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**NOTICE TO BUYER. DO NOT SIGN THIS CONTRACT IN BLANK. YOU ARE ENTITLED TO AN EXACT COPY OF THE CONTRACT YOU SIGN. KEEP IT TO PROTECT YOUR LEGAL RIGHTS. ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE BUYER COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE BUYER SHALL NOT EXCEED AMOUNTS PAID BY THE BUYER HEREUNDER.**

Buyer Signs X _John Martinek_ Date 05/13/2017 Co-Buyer Signs X _____ Date _____

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X _John Martinek_ Date 05/13/2017 Co-Buyer Signs X _____ Date _____

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. Another owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.
Other owner signs here X _____ Address _____

Seller Signs _RAY PRICE MOTORS IMPORTS INC._ Date _05/13/2017_ By X _____ Title _BMGR_

Seller assigns its interest in this contract to _PNC BANK, N.A._ (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse ☒ Assigned without recourse ☐ Assigned with limited recourse

Seller _RAY PRICE MOTORS IMPORTS INC._ By _____ Title _BMGR_

LAW FORM NO. 553-PA (REV. 12/14) U.S. PATENT NO. 0460,782
©2014 The Reynolds and Reynolds Company TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

ORIGINAL LIENHOLDER

# VEHICLE BUYER'S ORDER

Date 08/26/2019   Seller Name and Address STAR AUTO MALL

**Buyer's Name:** THOMAS C SINGLEY
**Address (City, State and Zip Code):** 845 S JEFFERSON ST # 8, ALLENTOWN PA 18103

**Co-Buyer's Name:** N/A
**Address (City, State and Zip Code):** N/A

**Residential Phone:** (610)417-0723
**Business Phone:** (610)653-7690
**Mobile Phone:** N/A
**Email Address:** N/A

**Residential Phone:** N/A
**Email Address:** N/A
**Business Phone:** N/A
**Mobile Phone:** N/A

Salesperson: RAKEEM BUIE KRESH

THIS BUYER'S ORDER IS: ☐ NEW ☒ USED ☒ CAR ☐ TRUCK ☐ DEMO
FOR THE FOLLOWING: ☐ PRIOR USE: N/A

TO BE DELIVERED ON OR ABOUT 08/26/2019

| Year | Make | Model | Type | Trim | VIN | Color | Mileage | Stock # |
|---|---|---|---|---|---|---|---|---|
| 2019 | KIA | OPTIMA | LX AUTO | LX | 5XXGT4L31KG311I03 | | 18404 | U3642 |

## TRADE IN RECORD 1

| YR. | MAKE | MODEL | TYPE | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1998 | FORD TRUCK | EXPLORER | 2DR 102"WB | | | | | |
| COLOR | | TRIM SPORT | | MILEAGE 176285 | | | | |
| VIN 1FMYU24E5WUD25992 | | | | | | | | |
| TITLE NO. 546177767002 | | PLATE NO. DWK4306 | | EXP. DATE 04/30/2020 | LOAN # | | | |
| OWNER THOMAS C SINGLEY | | | | | | | PHONE | |
| LIENHOLDER | | | | | | | | |
| ADDRESS | | | | | | | SPOKE WITH | |
| AMOUNT N/A | | GOOD TILL | | | | | VERIFIED BY | |

## TRADE IN RECORD 2

| YR. | MAKE | MODEL | TYPE |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| COLOR N/A | TRIM N/A | | MILEAGE N/A |
| VIN N/A | | | |
| TITLE NO. N/A | | PLATE NO. N/A | EXP DATE N/A |
| OWNER N/A | | LOAN # N/A | |
| LIENHOLDER N/A | | | PHONE N/A |
| ADDRESS N/A | | | SPOKE WITH N/A |
| AMOUNT N/A | GOOD TILL N/A | | VERIFIED BY N/A |

## COLLISION COVERAGE

| NAME OF AGENT | PHONE |
|---|---|
| ARBOR INS CO | (610)437-3340 |
| ADDRESS 3435 WINCHESTER RD # 305, ALLENTOWN PA 18104 | |
| POLICY NUMBER PAF 3078275 | COLLISION DEDUCTIBLE 500.00 |
| INSURANCE CO. DONNEGAL | SPOKE WITH |
| EFFECTIVE DATE 12/19/2018 | EXP DATE 12/19/2019 | VERIFIED BY |

## WARRANTY INFORMATION

☐ FACTORY WARRANTY - The manufacturer's warranty constitutes all of the warranties with respect to the sale of this item/items. The seller hereby expressly disclaims all warranties, either expressed or implied including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

☒ USED CAR WARRANTY - Used car is covered by a limited warranty detailed in a separate document. You may obtain a full copy of any applicable warranty from us.

☐ AS IS - THIS MOTOR VEHICLE IS SOLD "AS IS" WITHOUT ANY WARRANTY EITHER EXPRESSED OR IMPLIED. THE BUYER WILL BEAR THE ENTIRE EXPENSE OF REPAIRING OR CORRECTING ANY DEFECT THAT PRESENTLY EXISTS OR THAT MAY OCCUR IN THE VEHICLE.

BUYER'S SIGNATURE X _____

**USED CAR BUYERS GUIDE: THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THE CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.**

If you cancel this buyer's order or refuse to take delivery of the vehicle ordered, except as permitted by law, you shall, at our option, forfeit as damages the amount of $ N/A

BUYER'S SIGNATURE X _____   Buyer hereby acknowledges to the above clause.

| | | |
|---|---|---|
| VIN | 5XXGT4L31KG311I03 | |
| PRICE OF VEHICLE | | 16333.00 |
| SELLER ACCESSORIES | | N/A |
| N/A | | N/A |
| N/A | | N/A |
| N/A | | N/A |
| N/A | | N/A |
| N/A | | N/A |
| N/A | | N/A |
| N/A | | N/A |
| N/A | | N/A |
| Cash Price of Vehicle & Accessories | | 16333.00 |
| VIEWED CARFAX/AUTOCHECK | | |
| INITIAL _TCS_ | | |
| Sales Tax | | 967.98 |
| P.T.A. Fee ($1.00 PER TIRE) | | N/A |
| County Fee | | N/A |
| REGISTRATION N/A | TITLE 55.00 | TRANSFER 9.00 | ENCUMBRANCE 26.00 | 90.00 |
| Temporary Registration Plate Fee | | N/A |
| Documentary Fee | | 144.00 |
| Notary Fee | | N/A |
| On-Line Registration Fee | | 16.97 |
| Messenger Fee | | N/A |
| OTHER CHARGES N/A | N/A | | N/A |
| | | N/A |
| | **Total Price** | **17551.95** |

TOTAL CREDIT:
Trade-In 200.00
*Payoff Amount Is Subject To Verification — Less Payoff * N/A
Net Trade In 200.00
Deposit N/A
Cash on Delivery 9000.00
Net Trade + Deposit + Cash on Delivery = **Total Down Payment** 9200.00

**Unpaid Balance of Total Price** 8351.95

Buyer agrees that this Agreement includes all of the terms and conditions on the front and back side hereof, that this Agreement cancels and supersedes any prior agreement including oral agreements, and as of the date below comprises, with any retail installment sale contract, the complete and exclusive statement of the terms of the agreement relating to...

00055

| THIS BUYER'S ORDER IS ☐ NEW ☒ USED ☒ CAR ☐ TRUCK ☐ DEMO FOR THE FOLLOWING ☐ PRIOR USE: N/A | | | | | | TO BE DELIVERED ON OR ABOUT 08/26/2019 | | |
|---|---|---|---|---|---|---|---|---|
| Year | Make | Model | Type | Trim | VIN | Color | Mileage | Stock # |
| 2019 | KIA | OPTIMA | LX AUTO | LX | 5XXGT4L31KG311103 | | 18404 | U3642 |

### TRADE IN RECORD 1

| YR. | MAKE | MODEL | TYPE | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1998 | FORD TRUCK | EXPLORER | 2DR 102"WB | | | | | |
| COLOR | | TRIM SPORT | | MILEAGE 176285 | | | | |
| VIN 1FMYU24E5WUD25992 | | | | | | | | |
| TITLE NO. 54617767002 | | PLATE NO. DWK4306 | | LOAN # | EXP. DATE 04/30/2020 | | | |
| OWNER THOMAS C SINGLEY | | | | | | | | |
| LIENHOLDER | | | PHONE | | SPOKE WITH | | | |
| ADDRESS | | | | | VERIFIED BY | | | |
| AMOUNT N/A | | GOOD TILL | | | | | | |

### TRADE IN RECORD 2

| YR. | MAKE N/A | MODEL N/A | TYPE N/A | | | | | |
|---|---|---|---|---|---|---|---|---|
| COLOR N/A | | TRIM N/A | | MILEAGE N/A | | | | |
| VIN N/A | | | | | | | | |
| TITLE NO. N/A | | PLATE NO. N/A | | LOAN # N/A | EXP. DATE N/A | | | |
| OWNER | | | | | | | | |
| LIENHOLDER | | | PHONE N/A | | SPOKE WITH N/A | | | |
| ADDRESS N/A | | | | | VERIFIED BY N/A | | | |
| AMOUNT N/A | | GOOD TILL N/A | | | | | | |

### COLLISION COVERAGE

| NAME OF AGENT ARBOR INS CO | | | PHONE (610)437-3340 |
|---|---|---|---|
| ADDRESS 3435 WINCHESTER RD # 305 ALLENTOWN PA 18104 | | | |
| POLICY NUMBER PAF 3078275 | | COLLISION DEDUCTIBLE 500.00 | |
| INSURANCE CO. DONNEGAL | | | SPOKE WITH |
| EFFECTIVE DATE 12/19/2018 | EXP. DATE 12/19/2019 | | VERIFIED BY |

### WARRANTY INFORMATION

☐ FACTORY WARRANTY - The manufacturer's warranty constitutes all of the warranties with respect to the sale of this item/items. **The seller hereby expressly disclaims all warranties, either expressed or implied including any implied warranty of merchantability or fitness for a particular purpose**, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

☒ USED CAR WARRANTY - Used car is covered by a limited warranty detailed in a separate document. You may obtain a full copy of any applicable warranty from us.

☐ AS IS - THIS MOTOR VEHICLE IS SOLD "AS IS" WITHOUT ANY WARRANTY EITHER EXPRESSED OR IMPLIED. THE BUYER WILL BEAR THE ENTIRE EXPENSE OF REPAIRING OR CORRECTING ANY DEFECT THAT PRESENTLY EXISTS OR THAT MAY OCCUR IN THE VEHICLE.

BUYER'S SIGNATURE X _[signature]_

**USED CAR BUYERS GUIDE: THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THE CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.**

If you cancel this buyer's order or refuse to take delivery of the vehicle ordered, except as permitted by law, you shall, at our option, forfeit as damages the amount of $ N/A

BUYER'S SIGNATURE X _[signature]_

CO-BUYER SIGNS X N/A
MANAGER'S APPROVAL (Must Be Accepted By An Authorized Representative of the Seller)
X _[signature]_

FORM NO. LAWPA-BO-NA17 (Rev. 9/17)
© 2017 The Reynolds and Reynolds Company   TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055
Buyer hereby acknowledges to the above clause.

---

| | |
|---|---|
| PRICE OF VEHICLE | 16333.00 |
| SELLER ACCESSORIES | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| Cash Price of Vehicle & Accessories | 16333.00 |
| VIEWED CARFAX/AUTOCHECK | |
| INITIAL  Y.C.S. | |
| Sales Tax | 967.98 |
| P.T.A. Fee ($1.00 PER TIRE) | N/A |
| County Fee | N/A |

| REGISTRATION | TITLE | TRANSFER | ENCUMBRANCE |
|---|---|---|---|
| N/A | 55.00 | 9.00 | 26.00 |

| | |
|---|---|
| Temporary Registration Plate Fee | 90.00 |
| Documentary Fee | N/A |
| Notary Fee | 144.00 |
| On-Line Registration Fee | N/A |
| Messenger Fee | 16.97 |

| | | |
|---|---|---|
| N/A | | N/A |
| **OTHER CHARGES** | N/A | N/A |
| | | N/A |

**Total Price** 17551.95

| | | |
|---|---|---|
| | Trade-In | 200.00 |
| *Payoff Amount Is Subject To Verification | Less Payoff * | N/A |
| | Net Trade In | 200.00 |
| | Deposit | N/A |
| | Cash on Delivery | 9000.00 |

Net Trade + Deposit + Cash on Delivery = **Total Down Payment** 9200.00

**Unpaid Balance of Total Price** 8351.95

---

Buyer agrees that this Agreement includes all of the terms and conditions on the front and back side hereof, that this Agreement cancels and supersedes any prior agreement including oral agreements, and as of the date below comprises, with any retail installment sale contract, the complete and exclusive statement of the terms of the agreement relating to the subject matters covered by this Agreement. Buyer, by signing this Agreement, acknowledges that he/she has read its terms and has received a true copy of this Agreement.

BUYER SIGNS X _[signature]_  DATE 08/26/2019

This Agreement is not binding upon either Seller or Buyer until signed by an authorized Seller representative. YOU, THE BUYER, MAY CANCEL THIS AGREEMENT AND RECEIVE A FULL REFUND ANY TIME BEFORE RECEIPT OF A COPY OF THE AGREEMENT SIGNED BY AN AUTHORIZED SELLER REPRESENTATIVE BY GIVING WRITTEN NOTICE OF CANCELLATION TO SELLER.

BUYER HAS READ ALL PAGES OF THIS AGREEMENT AND AGREES TO ALL TERMS AND CONDITIONS IN THIS AGREEMENT.

CO-BUYER SIGNS X  DATE N/A

DATE 08/26/2019

THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

00056

Copy of Electronic Original
Not required to mail or fax this copy to Credit Acceptance

## RETAIL INSTALLMENT CONTRACT-SIMPLE INTEREST FINANCE CHARGE

ACCOUNT # 100680234                                                                                          LOT # N01L

| Buyer Name and Address | Co-Buyer Name and Address | Creditor-Seller Name and Address |
|---|---|---|
| JASON GAMBLE<br>4812 LONDONDERRY RD<br>HARRISBURG, PA 17109 | N/A | SUTLIFF CHEVROLET COMPANY<br>1251 PAXTON STREET<br>HARRISBURG, PA 17104 |

"You" and "Your" mean each Buyer above, jointly and severally. "Us" and "We" mean Creditor-Seller and Creditor-Seller's assignee. You may buy the Vehicle described below for cash or credit. The cash price is shown below as the "Cash Price". The credit price is shown below as "Total Sale Price". You have agreed to buy the Vehicle from Us on credit for the Total Sale Price. You acknowledge delivery and acceptance of the Vehicle in good condition and repair. You agree to pay Us all amounts due under this Retail Installment Contract ("Contract"), including the Amount Financed and Finance Charge, according to the payment schedule shown in the Truth in Lending Disclosures below. We will figure Your finance charge on a daily basis at a rate of __20.99__ % per year ("Contract Rate"). You also agree to the terms and conditions (including the Truth in Lending Disclosures) and on the additional pages of this Contract. The Annual Percentage Rate may be negotiable with Us.

| Used | Year and Make<br>2017 Chevrolet | Model and Body Style<br>Malibu | Color<br>NIGHTFALL | Vehicle Identification Number<br>1G1ZE5ST0HF108911 | Odometer Reading<br>25,299 |
|---|---|---|---|---|---|

### TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of Your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost You. | Amount Financed<br>The amount of credit provided to You or on Your behalf. | Total of Payments<br>The amount You will have paid after You have made all payments as scheduled. | Total Sale Price<br>The total cost of Your purchase on credit, including Your down payment of $ 7,000.00 is |
|---|---|---|---|---|
| 20.98 % | $ 7,295.29 | $ 10,521.41 | $ 17,816.70 | $ 24,816.70 |

Payment Schedule: Your payment schedule will be:

| No. of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 66 | $ 269.95 | December 05, 2020 and same date of each following month. |

Security: You are giving a security interest in the Vehicle being purchased.
Late Charge: If a payment is late, You will be charged 2% per month on the amount of the payment or payments that are late.
Prepayment: If You pay early, You will not have to pay a penalty.
Additional Information: Please read this Contract for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

BUYER'S NOTICE: If You do not meet Your Contract obligations, You may lose the Vehicle.

LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGES CAUSED TO OTHERS IS NOT INCLUDED.

PROPERTY INSURANCE: You must insure the Vehicle securing this Contract (see page 3 of this Contract). YOU MAY PURCHASE OR PROVIDE THE INSURANCE THROUGH ANYONE YOU CHOOSE WHO IS REASONABLY ACCEPTABLE TO US, as more fully described on page 3.

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PERSUANT HERETO OR WHICH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

USED CAR BUYERS GUIDE: THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.
Guía para compradores de vehiculos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

ARBITRATION: This Contract contains an Arbitration Clause that states You and We may elect to resolve any dispute by arbitration and not by court action. See the Arbitration Clause on Page 5 of this Contract for the full terms and conditions of the agreement to arbitrate. By initialing below, you confirm that you have read, understand and agree to the terms and conditions in the Arbitration Clause.

Buyer Initials: __JG__    Buyer Initials: _____

PENNSYLVANIA CREDIT ACCEPTANCE CORPORATION (11-2016)
© 2012-2016 Credit Acceptance Corporation.
All Rights Reserved.
PAGE 1 of 5
The original retail installment contract is assigned to Credit Acceptance Corporation.
This copy was created on 11/05/2020

Copy of Electronic Original
Not required to mail or fax this copy to Credit Acceptance

## ITEMIZATION OF AMOUNT FINANCED
(A portion of these charges may be paid to or retained by Us.*)

1. **Cash Price**
   - Vehicle............................................................................................................ $ 15,999.00 (A)
   - Cost of Optional Extended Warranty or Service Contract Paid to the Company named below*..... $ N/A (B)
   - Accessories and Improvements............................................................... $ N/A (C)
   - Vehicle Delivery........................................................................................ $ N/A (D)
   - Charges for servicing, repairing or improving the motor vehicle.............. $ N/A (E)
   - **Total Cash Price**............................................................................... $ 15,999.00 (1)
2. **Taxes**............................................................................................................ $ 959.94 (2)
3. **Down Payment Calculation:**   Cash Down Payment............................. $ 7,000.00 (A)
   - Trade-In Description:
   - VIN: N/A                                    Gross Trade-In.............$ N/A (B)
   - Model: N/A                                  Make: N/A
   -                                              Payoff Made by Seller  $ N/A (C)
   - Net Trade-In (If negative number, Insert "0" in line 3(D) and Itemize difference in 5(G) below) (B-C)........ $ N/A (D)
   - Trade-In Description:
   - VIN: N/A                                    Gross Trade-In.............$ N/A (E)
   - Model: N/A                                  Make: N/A
   -                                              Payoff Made by Seller  $ N/A (F)
   - Net Trade-In (If negative number, Insert "0" in line 3(G) and Itemize difference in 5(M) below) (E-F)........ $ N/A (G)
   - Other: Manufacturer's Rebate............................................................. $ N/A (H)
   - **Total Down Payment**............................................ (A + D + G + H) $ 7,000.00 (3)
4. **Unpaid Balance of Cash Price (1 + 2 less 3)**.......................................... $ 9,958.94 (4)
5. **Other Charges Including Amounts Paid to Others on Your Behalf:**
   - A. Cost of Required Property Insurance Paid to Insurance Company*.... $ N/A (A)
   - B. Fees Paid to Public Officials for Filing a Lien....................................... $ 26.00 (B)
   - C. Fees Paid to Public Officials for Recording a Satisfaction of a Lien..... $ N/A (C)
   - D. Fees Paid to Public Officials for Titling the Vehicle............................. $ 55.00 (D)
   - E. Fees Paid to Public Officials for License and Registration of the Vehicle... $ 54.00 (E)
   - F. Fees Paid to __N/A__ for Messenger Services.................................. $ N/A (F)
   - Other Charges (Seller must identify who will receive payment and describe purpose)*
   - G. to N/A _____ for lien or lease payoff............................... $ N/A (G)
   - H. to N/A _____ for Optional GAP Protection......................... $ N/A (H)
   - I. to THE SELLER ___ for Doc Fee.................................................. $ 389.00 (I)
   - J. to county _____ for NOTARY FEE....................................... $ 5.00 (J)
   - K. to elec _____ for ELECTRONIC FILING FEE...................... $ 17.47 (K)
   - L. to temp _____ for TEMP TAG AGENT FEE........................ $ 16.00 (L)
   - M. to N/A _____ for lien or lease payoff.................................. $ N/A (M)
   - N. Other Optional Insurance: Insurance Type N/A   Term N/A   Amount $ N/A (N)
   - Total of Other Charges and Amounts Paid to Others on Your Behalf............. $ 562.47 (5)
6. Principal Amount Financed (4 + 5)............................................................ $ 10,521.41 (6)
7. Finance Charge............................................................................................ $ 7,295.29 (7)
8. Time Balance (6 + 7)................................................................................... $ 17,816.70 (8)

Payment Schedule: One payment of $ 269.95 and 65 payments of $ 269.95 each, beginning 12/05/2020 and due on the dates shown in the Payment Schedule on page 1.

**OPTIONAL EXTENDED WARRANTY OR SERVICE CONTRACT:** Although You are not required to purchase an optional extended warranty or service contract as a condition of purchasing this Vehicle on credit, by signing below You are indicating that You voluntarily elect to buy an optional extended warranty or service contract covering the repair of certain major mechanical breakdowns of the Vehicle and related expenses. Refer to the optional extended warranty or service contract for details about coverage and duration.

Price $ N/A    Term: N/A    Company: N/A

****NOT PURCHASED - DO NOT SIGN****
Buyer's Signature                Date                Buyer's Signature                Date

**GAP PROTECTION:** Optional Guaranteed Auto Protection (GAP) is not required to obtain credit. GAP protection will not be provided under this Contract unless You sign for it below and agree to pay the additional cost shown below and on Line 5H of the ITEMIZATION OF AMOUNT FINANCED. You may obtain optional GAP protection from a person of Your choice that is authorized to sell such coverage and is acceptable to Us. The GAP contract issued by the provider of the protection will describe the terms and conditions of coverage in further detail. If You want GAP protection, sign below.

Cost: $ N/A    Term: N/A    Provider: N/A

****NOT PURCHASED - DO NOT SIGN****
Buyer's Signature                Date                Buyer's Signature                Date

**NOTICE TO BUYER:** Do not sign this contract in blank. You are entitled to an exact copy of the contract you sign. Keep it to protect your legal rights. Any holder of this consumer credit contract is subject to all claims and defenses which the buyer could assert against the seller of goods or services obtained pursuant hereto or with the proceeds hereof. Recovery hereunder by the buyer shall not exceed amounts paid by the buyer hereunder.

Buyer's Signature: x _Jason Gamble_        Buyer's Signature: x _____

Seller: SUTLIFF CHEVROLET COMPANY   By: _Jonathan Richards_   Title: AGENT

This Contract is signed by the Seller and Buyer(s) hereto this 5th day of November , 2020

You agree to the terms of this Contract and acknowledge that You have received a copy of this Contract with all blanks filled in and that You have read it and understand it.

Buyer's Signature: x _Jason Gamble_        Buyer's Signature: x _____

PENNSYLVANIA CREDIT ACCEPTANCE CORPORATION (11-2016)
© 2012-2016 Credit Acceptance Corporation. Original retail installment contract is assigned to Credit Acceptance Corporation.
All Rights Reserved.    PAGE 2 of 6
This copy was created on 11/05/2020

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| JASMINE M LEWIS<br>26 NICHOLS AVE<br>COATESVILLE PA 19320<br>CHESTER | N/A | D'AMBROSIO DODGE, INC.<br>1221 E LANCASTER AVE<br>DOWNINGTOWN PA 19335 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Mfg Gross Vehicular Weight | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2012 | NISSAN MAXIMA | N/A | 1N4AA5AP3CC856511 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural   N/A |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $1700.00 is |
|---|---|---|---|---|
| 14.49 % | $ 7310.84 | $ 14289.16 | $ 21600.00 | $ 23300.00 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 300.00 | Monthly beginning 02/27/2017 |
| N/A | N/A | N/A |

Or As Follows:  N/A

**Late Charge.** If payment is not paid in full within 10 days after it is due, you will pay a late charge. If the vehicle is a heavy commercial motor vehicle, the charge will be 4% of the part of the payment that is late. Otherwise, the charge will be 2% of the part of the payment that is late.
**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**Insurance.** You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.
If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**
**Optional Credit Insurance**
☐ Credit Life:   ☐ Buyer   ☐ Co-Buyer   ☐ Both
☐ Credit Disability:   ☐ Buyer   ☐ Co-Buyer   ☐ Both
Premium:
Credit Life $ _____ N/A
Credit Disability $ _____ N/A
Insurance Company Name  N/A
N/A
Home Office Address  N/A
N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance pays the unpaid part of the Amount Financed if you die. This insurance pays only the amount you would owe if you paid all your payments on time. Credit disability insurance pays the scheduled payments due under this contract while you are disabled. This insurance does not cover any increase in your payment or in the number of payments. The policies or certificates issued by the named insurance companies may further limit the coverage that credit life insurance or credit disability insurance provides. See the policies or certificates for coverage limits or other terms and conditions.

**ITEMIZATION OF AMOUNT FINANCED** (Seller may keep part of the amounts paid to others.)

| 1 Cash Price | | |
|---|---|---|
| Vehicle | $ | 12797.00 |
| Accessories and Installation | $ | N/A |
| Government Taxes | $ | 851.56 |
| Vehicle Delivery | $ | N/A |
| to N/A  for N/A | $ | N/A |
| to N/A  for N/A | $ | N/A |
| to N/A  for N/A | $ | N/A |
| to N/A  for N/A | $ | N/A |
| to N/A  for N/A | $ | N/A |
| to N/A  for N/A | $ | N/A |
| to N/A  for N/A | $ | N/A |
| | $ | 13648.56 (1) |

| 2 Total Downpayment = | | |
|---|---|---|
| Trade-In  N/A | | |
| Trade-In (Year) N/A (Make) N/A (Model) N/A (VIN) N/A | | |
| Gross Trade-In Allowance | $ | N/A |
| Less Pay Off Made By Seller | $ | N/A |
| Equals Net Trade In | $ | N/A |
| + Cash | $ | 1700.00 |
| + Other  N/A | $ | N/A |
| (If total downpayment is negative, enter "0" and see 4H below) | $ | 1700.00 (2) |
| 3 Unpaid Balance of Cash Price (1 minus 2) | $ | 11948.56 |

**Other Optional Insurance**
☐ N/A _____ N/A
Type of Insurance    Term
Premium $ _____ N/A
Description of Coverage _____ N/A
N/A
Insurance Company Name _____ N/A
N/A
Home Office Address _____ N/A
N/A
☐ N/A _____ N/A
Type of Insurance    Term
Premium $ _____ N/A
Description of Coverage _____ N/A
N/A

| | | | | | | |
|---|---|---|---|---|---|---|
| | Disability | Term | N/A | $ | N/A | |
| B | Other Optional Insurance Paid to Insurance Company or Companies | | | | | |
| | (Describe) N/A | Term | N/A | $ | N/A | |
| | (Describe) N/A | Term | N/A | $ | N/A | |
| C | Official Fees Paid to Government Agencies | | | | | |
| | to N/A | for | N/A | $ | N/A | |
| | to N/A | for | N/A | $ | N/A | |
| | to STATE OF PA | for | TEMP TAG | $ | 28.00 | |
| D | Optional Gap Contract | | | $ | 691.00 | |
| E | Government Taxes Not Included in Cash Price | | | $ | N/A | |
| F | Government License and/or Registration Fees | | | | | |
| | REG | | | $ | 36.00 | |
| G | Government Certificate of Title Fees /ENCUMB FEE | | | | | |
| | (includes $ 24.00 security interest recording fee) | | | $ | 75.00 | |
| H | Other Charges (Seller must identify who is paid and describe purpose) | | | | | |
| | to N/A | for Prior Credit or Lease Balance | | $ | N/A | |
| | to D'AMBROSIO DODGE | for DOC FEE | | $ | 115.00 | |
| | to CONTINENTAL | for GOLD | | $ | 1395.60 | |
| | to N/A | for N/A | | $ | N/A | |
| | to N/A | for N/A | | $ | N/A | |
| | to N/A | for N/A | | $ | N/A | |
| | to N/A | for N/A | | $ | N/A | |
| | to N/A | for N/A | | $ | N/A | |
| | to N/A | for N/A | | $ | N/A | |
| | to N/A | for N/A | | $ | N/A | |
| | Total Other Charges and Amounts Paid to Others on Your Behalf | | | $ | 2340.60 | (4) |
| 5 | Amount Financed (3 + 4) | | | $ | 14289.10 | (5) |
| 6 | Finance Charge | | | $ | 7310.84 | (6) |
| 7 | Total of Payments-Time Balance (5 + 6) | | | $ | 21600.00 | (7) |

**If you do not meet your contract obligations, you may lose the vehicle.**

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before ___N/A___, Year __N/A__. SELLER'S INITIALS __N/A__

**NO COOLING OFF PERIOD**
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.    Buyer Signs X _Jasmine Reeves_    Co-Buyer Signs X __N/A__
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
You authorize us to obtain information about you, or the vehicle you are buying, from the state motor vehicle department or other motor vehicle registration authorities.
**See back for other important agreements.**

**The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.**

**NOTICE TO BUYER. DO NOT SIGN THIS CONTRACT IN BLANK. YOU ARE ENTITLED TO AN EXACT COPY OF THE CONTRACT YOU SIGN. KEEP IT TO PROTECT YOUR LEGAL RIGHTS. ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE BUYER COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE BUYER SHALL NOT EXCEED AMOUNTS PAID BY THE BUYER HEREUNDER.**

Buyer Signs X _Jasmine Reeves_    Date 01/13/17    Co-Buyer Signs X __N/A__    Date __N/A__

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.**

Buyer Signs X _Jasmine Reeves_    Date 01/13/17    Co-Buyer Signs X __N/A__    Date __N/A__

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.
Other owner signs here X __N/A__    Address __N/A__
Seller Signs __D'AMBROSIO DODGE, INC.__    Date 01/13/17    By X _____    Title __PRES__

Seller assigns its interest in this contract to __WELLS FARGO DEALER SERVICES, INC.__ (Assignee) under the terms of Seller's agreement(s) with Assignee
☐ Assigned with recourse

---

Right column:

decision to buy or not buy any other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.
I want the insurance checked above.

X __N/A__                                    __N/A__
Buyer Signature                               Date

X __N/A__                                    __N/A__
Co-Buyer Signature                            Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

**Returned Check Charge:** You agree to pay the costs we actually pay to others if any check you give us is dishonored.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term __72__ Mos.   __GAP 1__
                   Name of Gap Contract
I want to buy a gap contract.
Buyer Signs X _Jasmine Reeves_

SIMPLE FINANCE CHARGE

Dealer Number _____   Contract Number _____

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| JOEL MORALES<br>3131 DALE DR<br>LANCASTER PA 17601<br>LANCASTER | N/A | HONDRU FORD<br>300 S MAIN ST,  P.O BOX 68<br>MANHEIM PA 17545 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Mfg Gross Vehicular Weight | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2011 | GMC TERRAIN | N/A | 2CTFLTEC9B6369122 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural  ☐ N/A |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate | FINANCE CHARGE<br>The dollar amount the credit will cost you | Amount Financed<br>The amount of credit provided to you or on your behalf | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 500.00 is |
|---|---|---|---|---|
| 11.14 % | $ 4650.77 | $ 14046.37 | $ 18697.14 | $ 19197.14 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 63 | 296.78 | Monthly beginning 03/05/2019 |
| N/A | N/A | N/A |

Or As Follows N/A

**Late Charge.** If payment is not paid in full within 10 days after it is due, you will pay a late charge. If the vehicle is a heavy commercial motor vehicle, the charge will be 4% of the part of the payment that is late. Otherwise, the charge will be 2% of the part of the payment that is late.
**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**ITEMIZATION OF AMOUNT FINANCED** (Seller may keep part of the amounts paid to others.)
1. Cash Price
   - Vehicle ........................................... $ 9595.00
   - Accessories and Installation .................. $ N/A
   - Government Taxes .............................. $ 1155.40
   - Vehicle Delivery ................................ $ N/A
   - to N/A                 for N/A              $ N/A
   - to N/A                 for N/A              $ N/A
   - to N/A                 for N/A              $ N/A
   - to N/A                 for N/A              $ N/A
   - to N/A                 for N/A              $ N/A
   - to N/A                 for N/A              $ N/A
   - to N/A                 for N/A              $ N/A
   - to N/A                 for N/A              $ N/A
                                                  $ 10750.40 (1)
2. Total Downpayment =
   - Trade-in N/A (Year) (Make) (Model)
   - Trade-In N/A (VIN)
   - Gross Trade-In Allowance ...................... $ N/A
   - Less Pay Off Made By Seller .................. $ N/A
   - Equals Net Trade In ............................ $ N/A
   - Cash ............................................ $ 500.00

**Insurance.** You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below.**
**Optional Credit Insurance**
☐ Credit Life  ☐ Buyer  ☐ Co-Buyer  ☐ Both
☐ Credit Disability  ☐ Buyer  ☐ Co-Buyer  ☐ Both

Premium:
Credit Life $ _____ N/A
Credit Disability $ _____ N/A
Insurance Company Name N/A
N/A
Home Office Address N/A
N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance pays the unpaid part of the Amount Financed if you die. This insurance pays only the amount you would owe if you paid all your payments on time. Credit disability insurance pays the scheduled payments due under this contract while you are disabled. This insurance does not cover any increase in your payment or in the number of payments. The policies or certificates issued by the named insurance companies may further limit the coverage that credit life insurance or credit disability insurance provides. See the policies or certificates for coverage terms or other terms and conditions.

**Other Optional Insurance**
☐ N/A _____ N/A
Type of Insurance   Term
Premium $ _____ N/A
Description of Coverage N/A
N/A
Insurance Company Name N/A
N/A
Home Office Address N/A
N/A
☐ N/A _____ N/A
Type of Insurance   Term
Premium $ _____ N/A

HONDRU000013

|   | | | |
|---|---|---|---|
| Disability | Term N/A | $ N/A | |
| B Other Optional Insurance Paid to Insurance Company or Companies | | | |
| (Describe) N/A | Term N/A | $ N/A | |
| (Describe) N/A | Term N/A | $ N/A | |
| C Official Fees Paid to Government Agencies | | | |
| to N/A | for N/A | $ N/A | |
| to N/A | for N/A | $ N/A | |
| to N/A | for N/A | $ N/A | |
| D Optional Gap Contract | | $ 895.00 | |
| E Government Taxes Not Included in Cash Price | | $ N/A | |
| F Government License and/or Registration Fees | | | |
| REG | | $ 37.00 | |
| G Government Certificate of Title Fees  XXXXXXX FEE | | | |
| (includes $ 25.00 security interest recording fee) | | $ 78.00 | |
| H Other Charges (Seller must identify who is paid and describe purpose) | | | |
| to N/A | for Prior Credit or Lease Balance | $ N/A | |
| to HONDRU FORD | for DOC FEE | $ 144.00 | |
| to NAE POWERTRAIN | for POWERTRAIN PRSENT | $ 2595.00 | |
| to CVR | for ONLINE REG FEE | $ 16.97 | |
| to HONDRU FORD | for TEMPORARY PLATE | $ 30.00 | |
| to N/A | for N/A | $ N/A | |
| to N/A | for N/A | $ N/A | |
| to N/A | for N/A | $ N/A | |
| to N/A | for N/A | $ N/A | |
| to N/A | for N/A | $ N/A | |
| Total Other Charges and Amounts Paid to Others on Your Behalf | | $ 3795.97 (4) | |
| 5 Amount Financed (3 + 4) | | $ 14646.37 (5) | |
| 6 Finance Charge | | $ 4650.77 (6) | |
| 7 Total of Payments-Time Balance (5 + 6) | | $ 19697.14 (7) | |

Right column:

I want the insurance checked above.

X N/A _____ N/A
Buyer Signature                 Date

X N/A _____ N/A
Co-Buyer Signature              Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

Returned Check Charge: You agree to pay the costs we actually pay to others if any check you give us is dishonored.

OPTIONAL GAP CONTRACT. A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term 63 Mos.  EXPERT AUTO GAP
                   Name of Gap Contract

I want to buy a gap contract

Buyer Signs X _____

---

**If you do not meet your contract obligations, you may lose the vehicle.**

OPTION: ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before N/A , Year N/A   SELLER'S INITIALS N/A

**NO COOLING OFF PERIOD**
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.    Buyer Signs X _____    Co-Buyer Signs X _____
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
You authorize us to obtain information about you, or the vehicle you are buying, from the state motor vehicle department or other motor vehicle registration authorities.
See back for other important agreements.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

NOTICE TO BUYER. DO NOT SIGN THIS CONTRACT IN BLANK. YOU ARE ENTITLED TO AN EXACT COPY OF THE CONTRACT YOU SIGN. KEEP IT TO PROTECT YOUR LEGAL RIGHTS. ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE BUYER COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE BUYER SHALL NOT EXCEED AMOUNTS PAID BY THE BUYER HEREUNDER.

Buyer Signs X _____ Date 01/10/19  Co-Buyer Signs X _____ N/A Date N/A

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X _____ Date 01/10/19  Co-Buyer Signs X _____ N/A Date N/A

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____   Address _____
Seller Signs N/A                Date 01/10/19    By X N/A   Title _____

## RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

Dealer Number _____   Contract Number _____

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| Philly Sar<br>125 S Eagle Rd<br>Havertown, Pa 19083 | | Rolls Auto Sales<br>6547 Frankford Ave<br>Philadelphia, PA 19135 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Mfg Gross Vehicular Weight | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| Used | 2014 | BMW 3 Series | 5,595 | WBA3B5C59EP539952 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural   ☐ _____ |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 3698.00 is |
|---|---|---|---|---|
| 18.69 % | $ 10421.88 | $ 15555.00 | $ 25976.88 | $ 29674.88 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 360.79 | Monthly beginning 8/16/2019 |
| | | |

Or As Follows:

**Late Charge.** If payment is not paid in full within 10 days after it is due, you will pay a late charge. If the vehicle is a heavy commercial motor vehicle, the charge will be 4% of the part of the payment that is late. Otherwise, the charge will be 2% of the part of the payment that is late.
**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**Insurance.** You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below:
**Optional Credit Insurance**
☐ Credit Life:   ☐ Buyer   ☐ Co-Buyer   ☐ Both
☐ Credit Disability:   ☐ Buyer   ☐ Co-Buyer   ☐ Both
Premium:
Credit Life $ _____ 0.00 _____
Credit Disability $ _____ 0.00 _____
Insurance Company Name _____ N/A _____
_____ N/A _____
Home Office Address _____

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance pays the unpaid part of the Amount Financed if you die. This insurance pays only the amount you would owe if you paid all your payments on time. Credit disability insurance pays the scheduled payments due under this contract while you are disabled. This insurance does not cover any increase in your payment or in the number of payments. The policies or certificates issued by the named insurance companies may further limit the coverage that credit life insurance or credit disability insurance provides. See the policies or certificates for coverage limits or other terms and conditions.

**ITEMIZATION OF AMOUNT FINANCED** (Seller may keep part of the amounts paid to others.)

1  Cash Price
    Vehicle   $ 14,900.00
    Accessories and Installation   $ 0.00
    Government Taxes   $ 1,074.00
    Vehicle Delivery   $ 0.00
    to N/A    for N/A   $ 0.00
    to N/A    for N/A   $ 0.00
    to N/A    for N/A   $ 0.00
    to N/A    for N/A   $ 0.00
    to N/A    for N/A   $ 0.00
    to N/A    for N/A   $ 0.00
    to N/A    for N/A   $ 0.00
    to N/A    for N/A   $ 0.00
                                  $ 15,974.00 (1)

2  Total Downpayment =
    Trade-In _____ N/A N/A N/A _____
             (Year)   (Make)   (Model)
    Trade-In _____
                         (VIN)
    Gross Trade-In Allowance   $ 0.00
    Less Pay Off Made By Seller   $ 0.00

**Other Optional Insurance**
☐ _____
    Type of Insurance      Term
Premium $ _____ 0.00 _____
Description of Coverage _____ N/A _____
_____
Insurance Company Name _____
_____
Home Office Address _____
☐
    Type of Insurance      Term

| 72 | 360.79 | | 8/16/2019 |
|---|---|---|---|

Or As Follows:

**Late Charge.** If payment is not paid in full within 10 days after it is due, you will pay a late charge. If the vehicle is a heavy commercial motor vehicle, the charge will be 4% of the part of the payment that is late. Otherwise, the charge will be 2% of the part of the payment that is late.
**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**ITEMIZATION OF AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)**

1  Cash Price
   Vehicle ........................................................... $ 14,900.00
   Accessories and Installation ........................... $      0.00
   Government Taxes ........................................ $  1,074.00
   Vehicle Delivery ............................................ $      0.00
   to   N/A          for   N/A           $      0.00
   to   N/A          for   N/A           $      0.00
   to   N/A          for   N/A           $      0.00
   to   N/A          for   N/A           $      0.00
   to   N/A          for   N/A           $      0.00
   to   N/A          for   N/A           $      0.00
   to   N/A          for   N/A           $      0.00
   to   N/A          for   N/A           $      0.00
                                                      $ 15,974.00  (1)

2  Total Downpayment =
   Trade-In  N/A   N/A   N/A
            (Year) (Make) (Model)
   Trade-In _____
                   (VIN)
   Gross Trade-In Allowance ............................ $      0.00
   Less Pay Off Made By Seller ....................... $      0.00
   Equals Net Trade In ..................................... $      0.00
   + Cash ........................................................... $  3,698.00
   + Other ......................................................... $      0.00
   (If total downpayment is negative, enter "0" and see 4H below)
                                                      $  3,698.00  (2)

3  Unpaid Balance of Cash Price (1 minus 2)     $ 12,276.00  (3)

4  Other Charges Including Amounts Paid to Others on Your Behalf
   A  Cost of Optional Credit Insurance Paid to Insurance
      Company or Companies
      Life       Term  N/A   $  0.00
      Disability Term  N/A   $  0.00        $      0.00
   B  Other Optional Insurance Paid to Insurance Company or Companies
      (Describe) N/A    Term  N/A           $      0.00
      (Describe) N/A    Term  N/A           $      0.00
   C  Official Fees Paid to Government Agencies
      to  N/A    for  N/A                   $      0.00
      to  N/A    for  N/A                   $      0.00
      to  N/A    for  N/A                   $      0.00
   D  Optional Gap Contract                  $      0.00
   E  Government Taxes Not Included in Cash Price  $  0.00
   F  Government License and/or Registration Fees
                                             $     38.00
   G  Government Certificate of Title Fees
      (Includes $  26.00  security interest recording fee)  $  86.00
   H  Other Charges (Seller must identify who is paid and describe purpose)
      to  N/A             for  Prior Credit or Lease Balance  $    0.00
      to  Rets Auto Sales for  Doc Fee       $    120.00
      to  GWC Warranty    for  Service Contract  $  3,000.00
      to  Dealer          for  Tag Fee       $     15.00
      to  Dealer          for  Messenger Fee $     10.00
      to  Dealer          for  Notary Fee    $     10.00
      to  N/A             for  N/A           $      0.00

---

Insurance Company Name  N/A
                        N/A
Home Office Address _____

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance pays the unpaid part of the Amount Financed if you die. This insurance pays only the amount you would owe if you paid all your payments on time. Credit disability insurance pays the scheduled payments due under this contract while you are disabled. This insurance does not cover any increase in your payment or in the number of payments. The policies or certificates issued by the named insurance companies may further limit the coverage that credit life insurance or credit disability insurance provides. See the policies or certificates for coverage limits or other terms and conditions.

**Other Optional Insurance**

☐ _____
    Type of Insurance          Term
Premium $  0.00
Description of Coverage  N/A

Insurance Company Name _____
Home Office Address _____

☐ _____
    Type of Insurance          Term
Premium $  N/A
Description of Coverage _____

Insurance Company Name _____
Home Office Address _____

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.
I want the insurance checked above.

X _____
Buyer Signature                   Date

X _____
Co-Buyer Signature                Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

Returned Check Charge: You agree to pay the costs we actually pay to others if any check you give us is dishonored.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term  N/A  Mos.
                       Name of Gap Contract
I want to buy a gap contract.
Buyer Signs X _____

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

**Buyer Name and Address** (Including County and Zip Code)
KEITH J ABRAMSON
6 CLINTON COURT
LEONARDO NJ 07737

**Co-Buyer Name and Address** (Including County and Zip Code)

**Seller-Creditor (Name and Address)**
FRED BEANS CADILLAC BUICK GM
841 N EASTON RD
DOYLESTOWN, PA 18902

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2016 | AUDI A3 | | WAUB1GFF6J1040831 | Personal, family or household unless otherwise indicated below. ☐ business ☐ agricultural |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 0.00 |
|---|---|---|---|---|
| 3.99 % | $ 4895.6 | $ 38257.5 | $ 43153.2 | $ 43153.2 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 599.35 | Monthly beginning 09/12/2019 |
| N/A | N/A | N/A |

Or As Follows: N/A

**Late Charge.** If payment is not paid in full within 10 days after it is due, you will pay a late charge. If the vehicle is a heavy commercial motor vehicle, the charge will be 4% of the part of the payment that is late. Otherwise, the charge will be 2% of the part of the payment that is late.
**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)

1. **Cash Price**
   - Vehicle — $ 36949.00
   - Accessories and Installation — $ N/A
   - Government Taxes — $ N/A
   - Vehicle Delivery — $ N/A
   - to N/A for N/A — $ N/A
   - to N/A for N/A — $ N/A
   - to N/A for N/A — $ N/A
   - to N/A for N/A — $ N/A
   - to N/A for N/A — $ N/A
   - to N/A for N/A — $ N/A
   - to N/A for N/A — $ N/A
   - $ 36949.00 (1)

2. **Total Downpayment =**
   - Trade-In 2016 PORSCHE (Year) (Make)
   - Trade-In WP1ABA52GLB49019 (Model) (VIN)
   - Gross Trade-In Allowance — $ 37500.00
   - Less Pay Off Made By Seller — $ 38410.05
   - Equals Net Trade In — $ -910.05
   - + Cash — $ N/A
   - + Other N/A — $ N/A
   - (If total downpayment is negative, enter "0" and see 4H below) — $ 0.00 (2)

3. Unpaid Balance of Cash Price (1 minus 2) — $ 36949.00

4. **Other Charges Including Amounts Paid to Others on Your Behalf**
   - A Cost of Optional Credit Insurance Paid to Insurance Company or Companies
     - Life Term N/A — $ N/A
     - Disability Term N/A — $ N/A — $ N/A
   - B Other Optional Insurance Paid to Insurance Company or Companies
     - (Describe) N/A Term N/A — $ N/A
     - (Describe) N/A Term N/A — $ N/A
   - C Official Fees Paid to Government Agencies
     - to N/A for N/A — $ N/A
     - to ST OF PA for TRANSFER FEE — $ N/A
     - to ST OF PA for TEMP TAG FEE — $ 30.00
   - D Optional Gap Contract — $ N/A
   - E Government Taxes Not Included in Cash Price — $ N/A
   - F Government License and/or Registration Fees
     - REGISTRA MESSENGE — $ 139.50
   - G Government Certificate of Title Fees — $ 85.00
     - (includes $ 25. security interest recording fee)
   - H Other Charges (Seller must identify who is paid and describe purpose)
     - to for Prior Credit or Lease Balance — $ 910.05
     - to N/A for N/A — $ N/A
     - to N/A for N/A — $ N/A
     - to FRED BEANS CADI for DOC FEE — $ 144.00
     - to N/A for N/A — $ N/A
     - to N/A for N/A — $ N/A
     - to N/A for N/A — $ N/A
     - to N/A for N/A — $ N/A
   - Total Other Charges and Amounts Paid to Others on Your Behalf — $ 1308.(4)

5. Amount Financed (3 + 4) — $ 38257.55
6. Finance Charge — $ 4895.65
7. Total of Payments Time Balance (5 + 6) — $ 43153.20

### Optional Credit Insurance
Check the insurance you want and sign below:
☐ Credit Life ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability ☐ Buyer ☐ Co-Buyer ☐ Both

Premium:
Credit Life $ N/A
Credit Disability $ N/A
Insurance Company Name N/A
Home Office Address N/A

### Other Optional Insurance
☐ N/A N/A
Type of Insurance Term
Premium $ N/A
Description of Coverage N/A
Insurance Company Name N/A
Home Office Address N/A

☐ N/A N/A
Type of Insurance Term
Premium $ N/A
Description of Coverage N/A
Insurance Company Name N/A
Home Office Address N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.
☐ I want the insurance checked above.

X N/A _____
Buyer Signature Date

X N/A _____
Co-Buyer Signature Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

**Returned Check Charge:** You agree to pay the costs we actually pay to others if any check you give us is dishonored.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term N/A Mos. N/A
Name of Gap Contract
I want to buy a gap contract.
Buyer Signs X N/A

If you do not meet your contract obligations, you may lose the vehicle.

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before N/A, Year N/A SELLER'S INITIALS N/A

### NO COOLING OFF PERIOD
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X [signature] Co-Buyer Signs X N/A
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
You authorize us to obtain information about you, or the vehicle you are buying, from the state motor vehicle department or other motor vehicle registration authorities.
See back for other important agreements.

**The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.**

NOTICE TO BUYER. DO NOT SIGN THIS CONTRACT IN BLANK. YOU ARE ENTITLED TO AN EXACT COPY OF THE CONTRACT YOU SIGN. KEEP IT TO PROTECT YOUR LEGAL RIGHTS. ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE BUYER COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE BUYER SHALL NOT EXCEED AMOUNTS PAID BY THE BUYER HEREUNDER.

Buyer Signs X [signature] Date 07/29/ Co-Buyer Signs X N/A Date _____

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X [signature] Date 07/29/ Co-Buyer Signs X N/A Date _____

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____ N/A _____ Address _____
Seller Signs FRED BEANS CADILLAC BUICK Date 07/29/ By X [signature] Title _____

Seller assigns its interest in this contract to POLICE AND FIRE FCU (Assignee) under the terms of Seller's agreement(s) with Assignee
☐ Assigned with recourse ☐ Assigned without recourse ☐ Assigned with limited recourse

Seller FRED BEANS CADILLAC BUICK GMC By [signature] Title F&I MGR

LAW FORM NO. 553-PA

**CUSTOMER/TRUTH IN LENDING COPY**

Scanned by CamScanner

# RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE
## (WITH ARBITRATION PROVISION)

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| SHATEYA C. HALL<br>530 PERTH PL APT F<br>PHILADELPHIA, PA 19123 | NA | DAVIS AUTO<br>6214 HARBISON AVE<br>PHILADELPHIA, PA 19149 |

Dealer Number 86-32251   Contract Number NH

| New/Used | Year | Make and Model | Mfg Gross Vehicular Weight | Vehicle Identification Number | Primary Use For Which Purchased<br>Personal, family, or household unless otherwise indicated below<br>☐ business  ☐ agricultural |
|---|---|---|---|---|---|
| USED | 2013 | HYUNDAI ELANTRA GLS | | 5NPDH4AE2DH377496 | NA |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $1900.00 is |
|---|---|---|---|---|
| 11.350 % | $ 5077.04 | $ 13022.32 | $ 18099.36 | $ 19999.36 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 251.38 | Monthly beginning 12/23/2018 |
| NA | NA | NA |

Or As Follows: NA

**Late Charge.** If payment is not paid in full within 10 days after it is due, you will pay a late charge. If the vehicle is a heavy commercial motor vehicle, the charge will be 4% of the part of the payment that is late. Otherwise, the charge will be 2% of the part of the payment that is late.
**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

## ITEMIZATION OF AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)

1 Cash Price
| | | |
|---|---|---|
| Vehicle | $ 11639.00 | |
| Accessories and Installation | $ NA | |
| Government Taxes | $ 992.32 | |
| Vehicle Delivery | $ NA | |
| to NA for NA | $ NA | |
| to NA for NA | $ NA | |
| to NA for NA | $ NA | |
| to NA for NA | $ NA | |
| to NA for NA | $ NA | |
| to NA for NA | $ NA | |
| to NA for NA | $ NA | |
| to NA for NA | $ NA | |

2 Total Downpayment =
| | | |
|---|---|---|
| Trade-In (Year) 2005 (Make) BUICK (Model) LACROSSE C (VIN) 2G4WD532151200450 | | |
| Gross Trade-In Allowance | $ 5000.00 | |
| Less Pay Off Made By Seller | $ 5000.00 | |
| Equals Net Trade In | $ NA | |
| + Cash | $ 1400.00 | |
| + Other NA | $ NA | |
| (If total downpayment is negative, enter "0" and see 4H below) | $ 1400.00 | (2) |

3 Unpaid Balance of Cash Price (1 minus 2) $ 11900.00

4 Other Charges Including Amounts Paid to Others on Your Behalf
A Cost of Optional Credit Insurance Paid to Insurance Company or Companies
| | Term | |
|---|---|---|
| Life | NA | $ NA |
| Disability | NA | $ NA |

B Other Optional Insurance Paid to Insurance Company or Companies

Cash Price (1) $ 12631.32

### Check the insurance you want and sign below:

**Optional Credit Insurance**
Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both

Premium:
Credit Life $ NA
Credit Disability $ NA
Insurance Company Name NA
Home Office Address NA

Insurance. You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit. If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance pays the unpaid part of the Amount Financed if you die. This insurance pays only the amount you would owe if you paid all your payments on time. Credit disability insurance pays the scheduled payments due under this contract while you are disabled. This insurance does not cover any increase in your payment or in the number of payments. The policies or certificates issued by the named insurance companies may further limit the coverage that credit life insurance or credit disability insurance provides. See the policies or certificates for coverage limits or other terms and conditions.

### Other Optional Insurance
☐ Type of Insurance _____ Term ____
Premium $ NA
Insurance Company Name NA
Home Office Address NA
Description of Coverage NA

☐ Type of Insurance _____ Term ____
Premium $ NA
Insurance Company Name NA
Home Office Address NA
Description of Coverage NA

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

| Item | Term |
|---|---|
| (Describe) | NA |

**C** Official Fees Paid to Government Agencies
 to _____ for _____ $ NA
 to _____ for _____ $ NA
 to _____ for _____ $ NA

**D** Optional Gap Contract AMERIPLUS GAP $ 895.00
**E** Government Taxes Not Included in Cash Price $ NA
**F** Government License and/or Registration Fees $ NA
**G** Government Certificate of Title Fees
 (includes $ 25.00 security interest recording fee) $ 70.00
**H** Other Charges (Seller must identify who is paid and describe purpose)
 to NA for Prior Credit or Lease Balance $ NA
 to ALPHA for NEW CAR — ALPHA $ 1000.00
 to NA for NA $ NA
 to DAN'S AUTO for DOCUMENTARY FEE $ 118.00
 to NA for NA $ NA
 to NA for NA $ NA
 to NA for NA $ NA
 to NA for NA $ NA
 to NA for NA $ NA
 to NA for NA $ NA
Total Other Charges and Amounts Paid to Others on Your Behalf $ 2241.00

5 Amount Financed (3 + 4) $ _____
6 Finance Charge $ 5077.04
7 Total of Payments-Time Balance (5 + 6) $ _____

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before ___NA___, Year ___NA___. SELLER'S INITIALS NA

## NO COOLING OFF PERIOD

State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.  Buyer Signs X _____ Co-Buyer Signs X _____

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

You authorize us to obtain information about you, or the vehicle you are buying, from the state motor vehicle department or other motor vehicle registration authorities.

**See back for other important agreements.**

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

If you do not meet your contract obligations, you may lose the vehicle.

**NOTICE TO BUYER. DO NOT SIGN THIS CONTRACT IN BLANK. YOU ARE ENTITLED TO AN EXACT COPY OF THE CONTRACT YOU SIGN. KEEP IT TO PROTECT YOUR LEGAL RIGHTS. ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE BUYER COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE BUYER SHALL NOT EXCEED AMOUNTS PAID BY THE BUYER HEREUNDER.**

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You acknowledge that you have read both sides of this contract, including the arbitration provision on the reverse side, before signing below. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X _____ Date 1/08/18    Co-Buyer Signs X _____ Date NA

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____ Address _____

Seller Signs DAN'S AUTO  Date 1/08/18  By X _____  Title PRES.

Buyer Signs assigns its interest in this contract to CAPITAL ONE AUTO FINANCE (Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse   ☐ Assigned without recourse   ☐ Assigned with limited recourse

Seller DAN'S AUTO  By _____  Title PRES.

FORM NO. 553-PA-ARB (REV. 12/14)