IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANA JENNINGS and JOSEPH A. FURLONG, Individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiffs,<br><br>v.<br><br>CARVANA LLC,<br><br>           Defendant. | :<br>:<br>:<br>:<br>:    CIVIL ACTION NO. 21-5400<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 22nd day of March, 2022, after considering the plaintiffs' motion for leave to file a sur-reply to the defendant's motion to dismiss/compel (Doc. No. 25); and the defendant having indicated to the court via email that it does not oppose this motion; and for good cause shown; accordingly, it is hereby **ORDERED** as follows:

1. The plaintiffs' motion for leave to file a sur-reply to the defendant's motion to dismiss/compel (Doc. No. 25) is **GRANTED**; and

2. The plaintiffs shall file a sur-reply to the defendant's motion to dismiss/compel by **March 25, 2022**.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.