**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DANA JENNINGS and JOSEPH A. FURLONG, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiffs,<br>  v.<br><br>CARVANA, LLC,<br><br>     Defendant. | Case No. 5:21-cv-05400 |

## <u>PRAECIPE TO ATTACH DOCUMENT</u>

To the Clerk:

  Please attach to Plaintiff's Sur-Reply (ECF 27) the Exhibits 1 – 10 attached to this praecipe.

Dated: March 24, 2022         */s/Robert P. Cocco*
                 Robert P. Cocco, Esquire
                 Attorney I.D. No. 61907
                 1500 Walnut St., Ste. 900
                 Philadelphia, PA  19102

                 *Co-counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify a copy of the foregoing was sent to all counsel of record through the Court's CM/ECF system when filed with the Court.

                 */s/Robert Cocco*
                 Robert Cocco