# Exhibit 1

# ▌LAW 553-PA-ARB-e 12/14

## RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE
## (WITH ARBITRATION PROVISION)

Dealer Number 12543        Contract Number 138207152

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| GEORGE F. DAVIS 4TH<br>103 W LINWOOD AVENUE<br>MAPLE SHADE, BURLINGTON, NJ 08052 | N/A<br>N/A | MONTGOMERYVILLE NISSAN - NMAC<br>Route 309 & Stump Road<br>Montgomeryville, PA 18936 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Mfg Gross Vehicular Weight | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| Used | 2008 | CHEVROLET CORVETTE-V8 | N/A | 1G1YY36W085115780 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural          ☐ N/A |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 1,500.00    is |
|---|---|---|---|---|
| 4.87 % | $ 3,912.76 | $ 29,879.84 | $ 33,792.60 | $ 35,292.60 |

Returned Check Charge: You agree to pay the costs we actually pay to others if any check you give us is dishonored.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 60 | 563.21 | Monthly beginning 8/21/2017 |
| One Final Payment Of $ N/A | On N/A | |
| Or As Follows: | | |

Agreement to Arbitrate: By signing below, you agree that, pursuant to the Arbitration Provision on page 6 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X _____

Co-Buyer Signs X _____

**Late Charge.** If payment is not paid in full within 10 days after it is due, you will pay a late charge. If the vehicle is a heavy commercial motor vehicle, the charge will be 4% of the part of the payment that is late. Otherwise, the charge will be 2% of the part of the payment that is late.

**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**Electronic Contracting and Signature Acknowledgment.** You agree that (i) this contract is an electronic contract executed by you using your electronic signature, (ii) your electronic signature signifies your intent to enter into this contract and that this contract be legally valid and enforceable in accordance with its terms to the same extent as if you had executed this contract using your written signature and (iii) the authoritative copy of this contract ("Authoritative Copy") shall be that electronic copy that resides in a document management system designated by us for the storage of authoritative copies of electronic records, which shall be deemed held by us in the ordinary course of business. Notwithstanding the foregoing, if the Authoritative Copy is converted by printing a paper copy which is marked by us as the original (the "Paper Contract"), then you acknowledge and agree that (1) your signing of this contract with your electronic signature also constitutes issuance and delivery of such Paper Contract, (2) your electronic signature associated with this contract, when affixed to the Paper Contract, constitutes your legally valid and binding signature on the Paper Contract and (3) subsequent to such conversion, your obligations will be evidenced by the Paper Contract alone.

**ITEMIZATION OF AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)**

| | | | |
|---|---|---|---|
| 1 | Cash Price | | |
| | Vehicle | $ | 27,999.00 |
| | Accessories and Installation | $ | N/A |
| | Government Taxes | $ | 1,998.29 |
| | Vehicle Delivery | $ | N/A |
| | to N/A              for N/A | $ | N/A |
| | to N/A              for N/A | $ | N/A |
| | to N/A              for N/A | $ | N/A |
| | to N/A              for N/A | $ | N/A |
| | to N/A              for N/A | $ | N/A |
| | to N/A              for N/A | $ | N/A |
| | to N/A              for N/A | $ | N/A |
| | to N/A              for N/A | $ | N/A |
| | | $ | 29,997.29  (1) |

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before ___N/A___ , Year ___N/A___ . SELLER'S INITIALS ___N/A___

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term ___N/A___ Mos. ___N/A___
                             Name of Gap Contract

I want to buy a gap contract.

Buyer Signs X _____

| | | | |
|---|---|---|---|
| 2 | Total Downpayment = | | |
| | Trade-in N/A    N/A          N/A | | |
| | Trade-In N/A (Year)   (Make)      (Model) | | |
| | Gross Trade-In Allowance      (VIN) | $ | N/A |
| | Less Pay Off Made By Seller | $ | N/A |
| | Equals Net Trade In | $ | N/A |
| | + Cash | $ | 1,500.00 |
| | + Other N/A | $ | N/A |
| | (If total downpayment is negative, enter "0" and see 4H below) | $ | 1,500.00  (2) |
| 3 | Unpaid Balance of Cash Price (1 minus 2) | $ | 28,497.29  (3) |
| 4 | Other Charges Including Amounts Paid to Others on Your Behalf | | |
| A | Cost of Optional Credit Insurance Paid to Insurance Company or Companies | | |
| | Life             Term N/A     $ N/A | | |
| | Disability       Term N/A     $ N/A | $ | N/A |
| B | Other Optional Insurance Paid to Insurance Company or Companies | | |
| | (Describe) N/A                Term N/A | $ | N/A |
| | (Describe) N/A                Term N/A | $ | N/A |
| C | Official Fees Paid to Government Agencies | | |
| | to N/A              for N/A | $ | N/A |
| | to N/A              for N/A | $ | N/A |
| | to N/A              for N/A | $ | N/A |
| D | Optional Gap Contract | $ | N/A |
| E | Government Taxes Not Included in Cash Price | $ | N/A |
| F | Government License and or Registration Fees | | |
| | STATE OF PA | $ | 102.55 |
| G | Government Certificate of Title Fees | | |
| | (includes $ 25.00     security interest recording fee) | $ | 75.00 |
| H | Other Charges (Seller must identify who is paid and describe purpose) | | |
| | to N/A         for Prior Credit or Lease Balance | $ | N/A |
| | to N/A         for EXT. WARR/SERV. | $ | N/A |
| | to N/A         for MAINTENANCE | $ | N/A |
| | to DEALER      for DOC FEE | $ | 138.00 |
| | to N/A         for N/A | $ | N/A |
| | to ZURICH      for TIRE/WHEEL | $ | 1,067.00 |
| | to N/A         for N/A | $ | N/A |
| | to N/A         for N/A | $ | N/A |
| | to N/A         for N/A | $ | N/A |
| | to N/A         for N/A | $ | N/A |
| | Total Other Charges and Amounts Paid to Others on Your Behalf | $ | 1,382.55  (4) |
| 5 | Amount Financed (3 + 4) | $ | 29,879.84  (5) |
| 6 | Finance Charge | $ | 3,912.76  (6) |
| 7 | Total of Payments-Time Balance (5 + 6) | $ | 33,792.60  (7) |

**If you do not meet your contract obligations, you may lose the vehicle.**

# Exhibit 2

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

DEAL 39887
STK 1804265H

Dealer Number _____     Contract Number _____

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| JUAN BAIZAN 540 WILLOW ST FL 2ND SCRANTON PA 18505 LACKAWANNA | N/A N/A N/A N/A | SCRANTON DODGE CHRYSLER JEEP 1146 WYOMING AVENUE SCRANTON, PA 18509 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Mfg Gross Vehicular Weight | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2015 | RAM 1500 | | 1C6RR7KT3FS631942 | Personal, family, or household unless otherwise indicated below ☐ business ☐ agricultural ☐ N/A |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $705.00 is |
|---|---|---|---|---|
| 5.85 % | $ 7666.17 | $ 40508.59 | $ 48174.79 | $ 48879.79 |

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 75 | 642.33 | Monthly beginning 06/01/2018 |
| | N/A | |
| Or As Follows: | N/A | |

**Late Charge.** If payment is not paid in full within 10 days after it is due, you will pay a late charge. If the vehicle is a heavy commercial motor vehicle, the charge will be 4% of the part of the payment that is late. Otherwise, the charge is 2% of the part of the payment that is late.

**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)

1 Cash Price

| | | | |
|---|---|---|---|
| Vehicle | | | $ 33500.00 |
| Accessories and Installation | | | $ 695.00 |
| Government Taxes | | | $ 2315.58 |
| Vehicle Delivery | | | $ N/A |
| to N/A | for N/A | | $ N/A |
| to N/A | for N/A | | $ N/A |
| to N/A | for N/A | | $ N/A |
| to N/A | for N/A | | $ N/A |
| to N/A | for N/A | | $ N/A |
| to N/A | for N/A | | $ N/A |
| to N/A | for N/A | | $ N/A |
| to N/A | for N/A | | $ N/A |
| | | | $ 36510.58 (1) |

**Insurance.** You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below:
**Optional Credit Insurance**
☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both

Premium:
Credit Life $ _____ N/A
Credit Disability $ _____ N/A
Insurance Company Name _____ N/A
N/A
Home Office Address _____ N/A
N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance pays the unpaid part of the Amount Financed if you die. This insurance pays only the amount you would owe if you paid all your payments on time. Credit disability insurance pays the scheduled payments due under this contract while you are disabled. This insurance does not cover any increase in your payment or in the number of payments. The policies or certificates issued by the named insurance companies may further limit the coverage that credit life insurance or credit disability insurance provides. See the policies or certificates for coverage limits or other terms and conditions.

**Other Optional Insurance**
☐ _____ N/A _____ N/A
Type of Insurance          Term
Premium $ _____ N/A
Description of Coverage _____
N/A

**2** Total Downpayment =

| | | | |
|---|---|---|---|
| Trade-In | N/A | | |
| | (Year) | (Make) | (Model) |
| Trade-In | N/A | | |
| | | (VIN) | |
| Gross Trade-In Allowance | | $ | N/A |
| Less Pay Off Made By Seller | | $ | N/A |
| Equals Net Trade In | | $ | N/A |
| + Cash | | $ | 705.00 |
| + Other | N/A | $ | N/A |

(If total downpayment is negative, enter "0" and see 4H below)    $  705.00 (2)

**3** Unpaid Balance of Cash Price (1 minus 2)    $  35805.58 (3)

**4** Other Charges Including Amounts Paid to Others on Your Behalf

**A** Cost of Optional Credit Insurance Paid to Insurance Company or Companies

| | | | | |
|---|---|---|---|---|
| Life | Term | $ | N/A | |
| Disability | Term | $ | N/A | $ N/A |

**B** Other Optional Insurance Paid to Insurance Company or Companies

| | | | | |
|---|---|---|---|---|
| (Describe) | N/A | Term | N/A | $ N/A |
| (Describe) | N/A | Term | N/A | $ N/A |

**C** Official Fees Paid to Government Agencies

| | | | | | |
|---|---|---|---|---|---|
| to | N/A | for | N/A | $ | N/A |
| to | N/A | for | N/A | $ | N/A |
| to | N/A | for | N/A | $ | N/A |

**D** Optional Gap Contract    $  548.00

**E** Government Taxes Not Included in Cash Price    $  N/A

**F** Government License and/or Registration Fees

Registrati    $  85.00

**G** Government Certificate of Title Fees

(includes $ 25.00 security interest recording fee)    $  78.00

**H** Other Charges (Seller must identify who is paid and describe purpose)

| | | | | | |
|---|---|---|---|---|---|
| to | N/A | for Prior Credit or Lease Balance | | $ | N/A |
| to | SCRANTON DODGE | for | Documentation Fee | $ | 141.00 |
| to | ZURICH COMP 7/ | for | SERV CONTRACT | $ | 3750.00 |
| to | N/A | for | N/A | $ | N/A |
| to | N/A | for | N/A | $ | N/A |
| to | N/A | for | N/A | $ | N/A |
| to | N/A | for | N/A | $ | N/A |
| to | N/A | for | N/A | $ | N/A |
| to | N/A | for | N/A | $ | N/A |

Total Other Charges and Amounts Paid to Others on Your Behalf    $  4703.00

**5** Amount Financed (3 + 4)    $  40508.58 (5)

**6** Finance Charge    $  7666.46 (6)

**7** Total of Payments-Time Balance (5 + 6)    $  48174.04 (7)

---

**If you do not meet your contract obligations, you may lose the vehicle.**

---

Insurance Company Name N/A

Home Office Address N/A

N/A

☐    N/A    N/A

Type of Insurance    Term    N/A

Premium $

Description of Coverage    N/A

Insurance Company Name N/A

Home Office Address N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

**X** ___ N/A ___ N/A

Buyer Signature    Date

**X** ___ N/A ___ N/A

Co-Buyer Signature    Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

**Returned Check Charge:** You agree to pay the costs we actually pay to others if any check you give us is dishonored.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term ___ 75 ___ Mos.    Gap Insurance

Name of Gap Contract

I want to buy a gap contract.

Buyer Signs X ___

# Exhibit 3

T397694786-DP397694787 - THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

| ITEMIZATION OF AMOUNT FINANCED (Seller may keep part of the amounts paid to others.) | | |
|---|---|---|
| 1 Cash Price | | |
| Vehicle | $ | 23,500.00 |
| Accessories and Installation | $ | N/A |
| Government Taxes | $ | 1,552.74 |
| Vehicle Delivery | $ | N/A |
| to N/A    for N/A | $ | N/A |
| to N/A    for N/A | $ | N/A |
| to N/A    for N/A | $ | N/A |
| to N/A    for N/A | $ | N/A |
| to N/A    for N/A | $ | N/A |
| to N/A    for N/A | $ | N/A |
| to N/A    for N/A | $ | N/A |
| to N/A    for N/A | $ | N/A |
| | $ | 25,052.74 (1) |

2 Total Downpayment =

Trade-In   N/A    N/A    N/A
    (Year)    (Make)    (Model)

| | | |
|---|---|---|
| Trade-In _____ N/A (VIN) | | |
| Gross Trade-In Allowance | $ | N/A |
| Less Pay Off Made By Seller to N/A | $ | N/A |
| Equals Net Trade In | $ | N/A |
| + Cash | $ | 2,500.00 |
| + Other N/A | $ | N/A |
| + Other N/A | $ | N/A |
| + Other N/A | $ | N/A |
| (If total downpayment is negative, enter "0" and see 4H below) | $ | 2,500.00 (2) |

3 Unpaid Balance of Cash Price (1 minus 2)      $ 22,552.74 (3)

4 Other Charges Including Amounts Paid to Others on Your Behalf

A Cost of Optional Credit Insurance Paid to Insurance Company or Companies

| Life | Term | N/A | $ | N/A | | |
|---|---|---|---|---|---|---|
| Disability | Term | N/A | $ | N/A | $ | N/A |

B Other Optional Insurance Paid to Insurance Company or Companies

| (Describe) N/A | Term | N/A | $ | N/A |
|---|---|---|---|---|
| (Describe) N/A | Term | N/A | $ | N/A |

C Official Fees Paid to Government Agencies

| to FREEDOM TOYOTA | for ONLINE REG | $ | 17.47 |
|---|---|---|---|
| to FREEDOM TOYOTA | for NOTARY FEE | $ | 16.00 |
| to FREEDOM TOYOTA | for COUNTY FEE | $ | 5.00 |

D Optional Gap Contract      $ 795.00

E Government Taxes Not Included in Cash Price      $ N/A

F Government License and/or Registration Fees

N/A

| Registration Fee | $ | 38.00 |
|---|---|---|

G Government Certificate of Title Fees

(includes $ 26.00 security interest recording fee)      $ 61.00

H Other Charges (Seller must identify who is paid and describe purpose)

| to N/A | for Prior Credit or Lease Balance | $ | N/A |
|---|---|---|---|
| to FREEDOM TOYOTA | for Documentation Fee | $ | 389.00 |
| to FIRST EXTENDED | for Service Contract | $ | 2,379.00 |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |

Total Other Charges and Amounts Paid to Others on Your Behalf      $ 3,719.47 (4)

| 5 Amount Financed (3 + 4) | $ | 26,272.21 (5) |
|---|---|---|
| 6 Finance Charge | $ | 13,869.23 (6) |
| 7 Total of Payments-Time Balance (5 + 6) | $ | 40,141.44 (7) |

Insurance. You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

**Optional Credit Insurance**

☐ Credit Life:   ☐ Buyer   ☐ Co-Buyer   ☐ Both

☐ Credit Disability:   ☐ Buyer   ☐ Co-Buyer   ☐ Both

Premium:

Credit Life $ ...............................   N/A

Credit Disability $ _____   N/A

Insurance Company Name _____
N/A

Home Office Address ...........................
N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance pays the unpaid part of the Amount Financed if you die. This insurance pays only the amount you would owe if you paid all your payments on time. Credit disability insurance pays the scheduled payments due under this contract while you are disabled. This insurance does not cover any increase in your payment or in the number of payments. The policies or certificates issued by the named insurance companies may further limit the coverage that credit life insurance or credit disability insurance provides. See the policies or certificates for coverage limits or other terms and conditions.

**Other Optional Insurance**

☐   N/A    N/A
   Type of Insurance    Term

Premium $ _____   N/A

Description of Coverage _____
N/A

Insurance Company Name _____
N/A

Home Office Address _____
N/A

☐   N/A    N/A
   Type of Insurance    Term

Premium $ _____   N/A

Description of Coverage _____
N/A

Insurance Company Name _____
N/A

Home Office Address _____
N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

x A    N/A    N/A

Buyer Signature      Date

x A    N/A    N/A

Co-Buyer Signature      Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

LAW 553-PA-e 12/19 v1    Page 2 of 5

03/03/2013 00:17 FAX ☑007

Case 5:21-cv-05400-EGS   Document 28-1   Filed 03/24/22   Page 9 of 29
T397694786-DP397694787 - THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

# LAW 553-PA-e 12/19

## RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| DEANN M DEVINE 319 NORTH ST Williamstown, PA 17098 DAUPHIN | CRYSTAL LEENA GEIGER 319 NORTH ST Williamstown, PA 17098 DAUPHIN | SAVAGE IMPORTS, INC. 41 INDUSTRIAL DRIVE HAMBURG, PA 19526 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Mfg Gross Vehicular Weight | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| Used | 2017 | Toyota Sienna | N/A | 5TDYZ3DC0HS853280 | Personal, family, or household unless otherwise indicated below ☐ business ☐ agricultural  ☐ N/A |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 2,500.00 is |
|---|---|---|---|---|
| 15.14 % | $ 13,869.23 | $ 26,272.21 | $ 40,141.44 | $ 42,641.44 |

(e) means an estimate

#### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 557.52 | Monthly beginning  04/12/2021 |
| N/A | $ N/A | N/A                         N/A |

N/A

**Late Charge.** If payment is not paid in full within 10 days after it is due, you will pay a late charge. If the vehicle is a heavy commercial motor vehicle, the charge will be 4% of the part of the payment that is late. Otherwise, the charge will be 2% of the part of the debtor that is late.

**Prepayment.** If you pay early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

Returned Check Charge: You agree to pay the costs we actually pay to others if any check you give us is dishonored.

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

## If you do not meet your contract obligations, you may lose the vehicle.

**Electronic Contracting and Signature Acknowledgment.** You agree that (i) this contract is an electronic contract executed by you using your electronic signature, (ii) your electronic signature signifies your intent to enter into this contract and that this contract is legally valid and enforceable in accordance with its terms to the same extent as if you had executed this contract using your written signature and (iii) the authoritative copy of this contract ("Authoritative Copy") shall be that electronic copy that resides in a document management system designated by us for the storage of authoritative copies of electronic records, which shall be deemed held by us in the ordinary course of business. Notwithstanding the foregoing, if the Authoritative Copy is converted by printing a paper copy which is marked by us as the original (the "Paper Contract"), then you acknowledge and agree that (1) your signing of this contract with your electronic signature also constitutes issuance and delivery of such Paper Contract, (2) your electronic signature associated with this contract, when affixed to the Paper Contract, constitutes your legally valid and binding signature on the Paper Contract and (3) subsequent to such conversion, your obligations will be evidenced by the Paper Contract alone.

# Exhibit 4

# VEHICLE BUYER'S ORDER

STAR AUTO MALL

RAKEEM BUIE KRESH

**Date** 08/26/2019   **Seller Name and Address**

**Buyer's Name**
THOMAS C SINGLEY

**Address (City, State and Zip Code)**
845 S JEFFERSON ST # 8
ALLENTOWN PA 18103

**Residential Phone** (610)417-0723
**Email Address**

**Business Phone**
**Mobile Phone**

**Co-Buyer's Name**
N/A

**Address (City, State and Zip Code)**
N/A

**Residential Phone** N/A
**Email Address** N/A

**Business Phone**
N/A
**Mobile Phone** N/A

THIS BUYER'S ORDER IS ☐ NEW ☒ USED ☒ CAR ☐ TRUCK ☐ DEMO
FOR THE FOLLOWING ☐ PRIOR USE N/A

**TO BE DELIVERED ON OR ABOUT** 08/26/2019

| Year | Make | Model | Type | Trim | VIN | Color | Mileage | Stock # |
|---|---|---|---|---|---|---|---|---|
| 2019 | KIA | OPTIMA | LX AUTO | LX | 5XXGT4L31KG311103 | | 18404 | U3642 |

### TRADE IN RECORD 1

| YR 1998 | MAKE FORD | MODEL TRUCK EXPLORER | TYPE 2DR 102"WB |
|---|---|---|---|
| COLOR | | TRIM SPORT | MILEAGE 176285 |

VIN 1FMYU2E5WUD25992
TITLE NO. 54617767002   PLATE NO. DWK4306   EXP DATE 04/30/2020   LOAN #
OWNER THOMAS C SINGLEY
LIENHOLDER                                    PHONE
ADDRESS                          SPOKE WITH
AMOUNT   N/A          GOOD TILL          VERIFIED BY

### TRADE IN RECORD 2

| YR N/A | MAKE N/A | MODEL N/A | TYPE N/A |
|---|---|---|---|
| COLOR N/A | | TRIM N/A | MILEAGE N/A |

VIN N/A
TITLE NO. N/A   PLATE NO. N/A   EXP DATE N/A   LOAN # N/A
OWNER N/A
LIENHOLDER N/A                                PHONE N/A
ADDRESS N/A                       SPOKE WITH N/A
AMOUNT   N/A          GOOD TILL N/A        VERIFIED BY N/A

### COLLISION COVERAGE

NAME OF AGENT ARBOR INS CO
ADDRESS 3435 WINCHESTER RD # 305
ALLENTOWN PA 18104   PHONE (610)437-3340
POLICY NUMBER PAF 3078275
INSURANCE CO. DONNEGAL
EFFECTIVE DATE 12/19/2018   EXP DATE 12/19/2019

### WARRANTY INFORMATION

☐ **FACTORY WARRANTY** - The manufacturer's warranty constitutes all of the warranties with respect to the sale of this item/items. The seller hereby expressly disclaims all warranties, either expressed or implied including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

☐ **USED CAR WARRANTY** - Used car is covered by a limited warranty detailed in a separate document. You may obtain a full copy of any applicable warranty provisions.

☒ **AS IS** - THIS MOTOR VEHICLE IS SOLD "AS IS" WITHOUT ANY WARRANTY EITHER EXPRESSED OR IMPLIED. THE BUYER WILL BEAR THE ENTIRE EXPENSE OF REPAIRING OR CORRECTING ANY DEFECT THAT PRESENTLY EXISTS OR THAT MAY OCCUR IN THE VEHICLE.

BUYER'S SIGNATURE X _____

If you cancel this buyer's order or refuse to take delivery of the vehicle ordered, except as permitted by law, you shall, at our option, forfeit as damages the amount of $ N/A

BUYER'S SIGNATURE X _____

| | Price |
|---|---|
| PRICE OF VEHICLE | 16333.00 |
| SELLER ACCESSORIES | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| N/A | N/A |
| Cash Price of Vehicle & Accessories | 16333.00 |
| VIEWED CARFAX/AUTOCHECK INITIAL Y.E.S. | |
| Sales Tax | 967.98 |
| P.T.A. Fee ($1.00 PER TIRE) | N/A |
| County Fee | N/A |
| REGISTRATION N/A   TITLE 55.00   TRANSFER 9.00   ENCUMBRANCE 26.00 | 90.00 |
| Temporary Registration Plate Fee | N/A |
| Documentary Fee | 144.00 |
| Notary Fee | N/A |
| On-Line Registration Fee | N/A |
| Messenger Fee | 16.97 |
| OTHER CHARGES | N/A |
| | N/A |
| | N/A |
| | N/A |
| **Total Price** | **17551.95** |

**TOTAL CREDIT**
Trade-In   200.00
Less Payoff *   N/A
Net Trade In   200.00
*Payoff Amount Is Subject To Verification
Deposit   N/A
Cash on Delivery   9000.00
= **Total Down Payment** 9200.00
Net Trade + Deposit + Cash on Delivery
**Unpaid Balance of Total Price** 8351.95

Buyer agrees that this Agreement includes all of the terms and conditions on the front and back side hereof, that this Agreement cancels and supersedes any prior agreement including oral agreements, and as of the date below comprises, with any retail installment sale contract, the complete and exclusive statement of the terms of the agreement relating to the subject matters covered by this Agreement. Buyer, by signing this Agreement, acknowledges that he/she has read

**USED CAR BUYERS GUIDE: THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THE CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.**

Buyer hereby acknowledges to the above clause.

THIS BUYER'S ORDER IS ☐ NEW ☒ USED ☐ CAR ☐ TRUCK ☐ DEMO
FOR THE FOLLOWING ☐ PRIOR USE N/A

TO BE DELIVERED ON OR ABOUT 08/26/2019

| Year | Make | Model | Type | Trim | VIN | Color | Mileage | Stock # |
|------|------|-------|------|------|-----|-------|---------|---------|
| 2019 | KIA | OPTIMA | LX AUTO | LX | 5XXGT4L31KG311103 | | 18404 | U3642 |

**TRADE IN RECORD 1**

| YR. 1998 | MAKE FORD TRUCK | MODEL EXPLORER | TYPE 2DR 102"WB |
| COLOR | TRIM SPORT | MILEAGE 176285 | TYPE |
| VIN 1FMYU24E5WUD25992 | | | |
| TITLE NO. 54617767002 | PLATE NO. DWK4306 | EXP. DATE 04/30/2020 | |
| LIENHOLDER THOMAS C SINGLEY | LOAN # | | |
| ADDRESS N/A | | PHONE | SPOKE WITH |
| AMOUNT N/A | GOOD TILL N/A | | VERIFIED BY |

**TRADE IN RECORD 2**

| YR. N/A | MAKE N/A | MODEL N/A | TYPE |
| COLOR N/A | TRIM N/A | MILEAGE N/A | TYPE |
| VIN N/A | | | |
| TITLE NO. N/A | PLATE NO. N/A | EXP. DATE N/A | |
| OWNER N/A | | LOAN # N/A | |
| LIENHOLDER N/A | | PHONE N/A | SPOKE WITH N/A |
| ADDRESS N/A | | | |
| AMOUNT N/A | GOOD TILL N/A | | VERIFIED BY N/A |

**COLLISION COVERAGE**

| NAME OF AGENT ARBOR INS CO | PHONE (610)437-3340 |
| ADDRESS 3435 WINCHESTER RD # 305 ALLENTOWN PA 18104 | |
| POLICY NUMBER PAF 3078275 | COLLISION DEDUCTIBLE 500.00 |
| INSURANCE CO. DONNEGAL | |
| EFFECTIVE DATE 12/19/2018 | EXP. DATE 12/19/2019 |

| | PRICE OF VEHICLE | | | 16333.00 |
|---|---|---|---|---|
| | SELLER ACCESSORIES | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | | | | N/A |
| | Cash Price of Vehicle & Accessories | | | 16333.00 |
| | VIEWED CARFAX/AUTOCHECK INITIAL  YCS. | | | |
| | Sales Tax | | | 967.98 |
| | P.T.A. Fee ($1.00 PER TIRE) | | | N/A |
| | County Fee | | | N/A |

| REGISTRATION N/A | TITLE 55.00 | TRANSFER 9.00 | ENCUMBRANCE 26.00 | 90.00 |
| Temporary Registration Plate Fee | | | | N/A |
| Documentary Fee | | | | 144.00 |
| Notary Fee | | | | N/A |
| On-Line Registration Fee | | | | 16.97 |
| Messenger Fee | | | | N/A |

| OTHER CHARGES N/A | | | | N/A |
| | | | | N/A |

**TOTAL CREDIT**

| | Total Price | | | 17551.95 |
| | Trade-In | | 200.00 | |
| | Less Payoff * | | N/A | |
| | Net Trade-In | | 200.00 | |
| | Deposit | | N/A | |
| | Cash on Delivery | | 9200.00 | |
| Net Trade + Deposit + Delivery | Cash on Delivery | Total Down Payment | | 9200.00 |
| | Unpaid Balance of Total Price | | | 8351.95 |

**\*Payoff Amount Is Subject to Verification**

**WARRANTY INFORMATION**

☐ FACTORY WARRANTY - The manufacturer's warranty constitutes all of the warranties with respect to the sale of this item/items. The seller hereby expressly disclaims all warranties, either expressed or implied including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

☐ USED CAR WARRANTY - Used car is covered by a limited warranty detailed in a separate document. You may obtain a full copy of any applicable warranty terms.

☒ AS IS - THIS MOTOR VEHICLE IS SOLD "AS IS" WITHOUT ANY WARRANTY EITHER EXPRESSED OR IMPLIED. THE BUYER WILL BEAR THE ENTIRE EXPENSE OF REPAIRING OR CORRECTING ANY DEFECT THAT PRESENTLY EXISTS OR THAT MAY OCCUR IN THE VEHICLE.

BUYER'S SIGNATURE X

**USED CAR BUYERS GUIDE: THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THE CONTRACT. INFOR-MATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.**

This Agreement is not binding upon either Seller or Buyer until signed by an authorized Seller representative. YOU, THE BUYER, MAY CANCEL THIS AGREEMENT AND RECEIVE A FULL REFUND ANY TIME BEFORE RECEIPT OF A COPY OF THE AGREEMENT SIGNED BY AN AUTHORIZED SELLER REPRESENTATIVE BY GIVING WRITTEN NOTICE OF CANCELLATION TO SELLER.

If you cancel this buyer's order or refuse to take delivery of the vehicle ordered, except as permitted by law, you shall, at our option, forfeit as damages the amount of $ N/A

BUYER'S SIGNATURE X

Buyer/Seller acknowledges by the above clause.

Buyer agrees that this agreement includes all of the terms and conditions on the front and back side hereof, that this Agreement cancels and supersedes any prior agreement including oral agreements, and as of the date below comprises, with any retail installment sale contract, the complete and exclusive statement of the terms of the agreement relating to the subject matters covered by this Agreement. Buyer, by signing this Agreement, acknowledges that he/she has read its terms and has received a true copy of this Agreement.

This Agreement is not binding upon either Seller or Buyer until signed by an authorized Seller representative. YOU, THE BUYER, MAY CANCEL THIS AGREEMENT AND RECEIVE A FULL REFUND ANY TIME BEFORE RECEIPT OF A COPY OF THE AGREEMENT SIGNED BY AN AUTHORIZED SELLER REPRESENTATIVE BY GIVING WRITTEN NOTICE OF CANCELLATION TO SELLER.

BUYER HAS READ ALL PAGES OF THIS AGREEMENT AND AGREES TO ALL TERMS AND CONDITIONS IN THIS AGREEMENT.

BUYER SIGNS X _____   DATE 08/26/2019

CO-BUYER SIGNS X N/A   DATE N/A

MANAGER'S APPROVAL (Must Be Accepted By An Authorized Representative of the Seller)
X _____   DATE 08/26/2019

ILAW FORM NO. LAW-M47 (Rev. 9/17)
© 2017 The Reynolds and Reynolds Company   TO ORDER: www.reyource.com  1-800-344-0996, fax 1-800-531-9055

THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

# Exhibit 5

Copy of Electronic Original
Not required to mail or fax this copy to Credit Acceptance

## RETAIL INSTALLMENT CONTRACT-SIMPLE INTEREST FINANCE CHARGE

ACCOUNT # 100680234

LOT # N01L

| Buyer Name and Address | Co-Buyer Name and Address | Creditor-Seller Name and Address |
|---|---|---|
| JASON   GAMBLE<br>4812 LONDONDERRY RD<br>HARRISBURG, PA 17109 | N/A | SUTLIFF CHEVROLET COMPANY<br> 1251 PAXTON STREET<br>HARRISBURG, PA 17104 |

"You" and "Your" mean each Buyer above, jointly and severally. "Us"  and "We" mean Creditor-Seller and Creditor-Seller's assignee. You may buy the Vehicle described below for cash or credit. The cash price is shown below as the "Cash Price". The credit price is shown below as "Total Sale Price". You have agreed to buy the Vehicle from Us on credit for the Total Sale Price. You acknowledge delivery and acceptance of the Vehicle in good condition and repair. You agree to pay Us all amounts due under this Retail Installment Contract ("Contract"), including the Amount Financed and Finance Charge, according to the payment schedule shown in the Truth in Lending Disclosures below. We will figure Your finance charge on a daily basis at a rate of ___20.99___% per year ("Contract Rate"). You also agree to the terms and conditions (including the Truth in Lending Disclosures) and on the additional pages of this Contract. The Annual Percentage Rate may be negotiable with Us.

| Used | Year and Make<br>2017 Chevrolet | Model and Body Style<br>Malibu | Color<br>NIGHTFALL | Vehicle Identification Number<br>1G1ZE5ST0HF108911 | Odometer Reading<br>25,299 |
|---|---|---|---|---|---|

### TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of Your credit as a yearly rate.<br><br>20.98 % | FINANCE CHARGE<br>The dollar amount the credit will cost You.<br><br>$ 7,295.29 | Amount Financed<br>The amount of credit provided to You or on Your behalf.<br><br>$ 10,521.41 | Total of Payments<br>The amount You will have paid after You have made all payments as scheduled.<br><br>$ 17,816.70 | Total Sale Price<br>The total cost of Your purchase on credit, including Your down payment of<br>$ 7,000.00 ___ is<br>$ 24,816.70 |
|---|---|---|---|---|

Payment Schedule: Your payment schedule will be:

| No. of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 66 | $ 269.95 | December  05,  2020  and same date of each following month. |

**Security:** You are giving a security interest in the Vehicle being purchased.

**Late Charge:** If a payment is late, You will be charged 2% per month on the amount of the payment or payments that are late.

**Prepayment:** If you pay early, You will not have to pay a penalty.

**Additional Information:** Please read this Contract for additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

**BUYER'S NOTICE:  If You do not meet Your Contract obligations, You may lose the Vehicle.**

LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGES CAUSED TO OTHERS IS NOT INCLUDED.

PROPERTY INSURANCE: You must insure the Vehicle securing this Contract (see page 3 of this Contract). YOU MAY PURCHASE OR PROVIDE THE INSURANCE THROUGH ANYONE YOU CHOOSE WHO IS REASONABLY ACCEPTABLE TO US, as more fully described on page 3.

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PERSUANT HERETO OR WHICH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

USED CAR BUYERS GUIDE-THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

ARBITRATION: This Contract contains an Arbitration Clause that states You and We may agree to resolve any dispute by arbitration and not by court action. See the Arbitration Clause on Page 5 of this Contract for the full terms and conditions of the agreement to arbitrate. By initialing below, you confirm that you have read, understand and agree to the terms and conditions in the Arbitration Clause.

➡ Buyer Initials:   JG          Buyer Initials: _____

PENNSYLVANIA CREDIT ACCEPTANCE CORPORATION (11-2016)<br>© 2012-2016 Credit Acceptance Corporation.<br>All Rights Reserved.

The original retail installment contract is assigned to Credit Acceptance Corporation.
This copy was created on 11/05/2020

Copy of Electronic Original
Not required to mail or fax this copy to Credit Acceptance

## ITEMIZATION OF AMOUNT FINANCED
### (A portion of these charges may be paid to or retained by Us.*)

1. **Cash Price**
   Vehicle.................................................................................................. $ 15,999.00 (A)
   Cost of Optional Extended Warranty or Service Contract Paid to the Company named below*............ $ N/A (B)
   Accessories and Improvements.................................................................... $ N/A (C)
   Vehicle Delivery................................................................................ $ N/A (D)
   Charges for servicing, repairing or improving the motor vehicle................................ $ N/A (E)
   **Total Cash Price**............................................................................ $ 15,999.00 (1)
2. Taxes................................................................................................ $ 959.94 (2)
3. **Down Payment Calculation:   Cash Down Payment**........................................... $ 7,000.00 (A)
   Trade-In Description:                          Gross Trade-In...........$ N/A (B)
   VIN: N/A                                       Make: N/A
   Model: N/A                                     Payoff Made by Seller       $ N/A (C)
   Net Trade-In (If negative number, insert "0" in line 3(D) and itemize difference in 5(G) below) (B-C)....... $ N/A (D)
   Trade-In Description:                          Gross Trade-In...........$ N/A (E)
   VIN: N/A                                       Make: N/A
   Model: N/A                                     Payoff Made by Seller       $ N/A (F)
   Net Trade-In (If negative number, insert "0" in line 3(G) and itemize difference in 5(M) below) (E-F)....... $ N/A (G)
   Other: Manufacturer's Rebate................................................................... $ N/A (H)
   **Total Down Payment**...........................................(A + D + G + H) $ 7,000.00 (3)
4. **Unpaid Balance of Cash Price (1 + 2 less 3)**................................................. $ 9,958.94 (4)
5. Other Charges Including Amounts Paid to Others on Your Behalf:
   A. Cost of Required Property Insurance Paid to Insurance Company*............................. $ N/A (A)
   B. Fees Paid to Public Officials for Filing a Lien.......................................... $ 26.00 (B)
   C. Fees Paid to Public Officials for Recording a Satisfaction of a Lien..................... $ N/A (C)
   D. Fees Paid to Public Officials for Titling the Vehicle.................................... $ 55.00 (D)
   E. Fees Paid to Public Officials for License and Registration of the Vehicle............... $ 54.00 (E)
   F. Fees Paid to N/A                            for Messenger Services...................... $ N/A (F)
      Other Charges (Seller must identify who will receive payment and describe purpose)*
   G. to N/A                          for lien or lease payoff................................ $ N/A (G)
   H. to N/A                          for Optional GAP Protection............................. $ N/A (H)
   I. to THE SELLER                   for Doc Fee............................................. $ 389.00 (I)
   J. to county                       for NOTARY FEE.......................................... $ 5.00 (J)
   K. to elec                         for ELECTRONIC FILING FEE............................... $ 17.47 (K)
   L. to temp                         for TEMP TAG AGENT FEE.................................. $ 16.00 (L)
   M. to N/A                          for lien or lease payoff................................ $ N/A (M)
   N. Other Optional Insurance: Insurance Type N/A         Term N/A         Amount $ N/A
   Total of Other Charges and Amounts Paid to Others on Your Behalf............................ $ 562.41 (5)
6. **Principal Amount Financed (4 + 5)**.......................................................... $ 10,521.35 (6)
7. Finance Charge.................................................................................... $ 7,295.35 (7)
8. Time Balance (6 + 7)............................................................................. $ 17,816.70 (8)
   Payment Schedule: One payment of $ 269.95 and 65 payments of $ 269.95 each, beginning 12/05/2020 and due on the dates
   shown in the Payment Schedule on page 1.

**OPTIONAL EXTENDED WARRANTY OR SERVICE CONTRACT:** Although You are not required to purchase an optional extended warranty or service contract as a condition of purchasing this Vehicle on credit, by signing below You are indicating that You voluntarily elect to buy an optional extended warranty or service contract covering the repair of certain major mechanical breakdowns of the Vehicle and related expenses. Refer to the optional extended warranty or service contract for details about coverage and duration.

Price $ N/A _____ Term: N/A _____ Company: N/A _____

****NOT PURCHASED - DO NOT SIGN****
Buyer's Signature _____ Date _____   Buyer's Signature _____ Date _____

**GAP PROTECTION:** Optional Guaranteed Auto Protection (GAP) is not required to obtain credit. GAP protection will not be provided under this Contract unless You sign for it below and agree to pay the additional cost shown below and on Line 5H of the ITEMIZATION OF AMOUNT FINANCED. You may obtain optional GAP protection from a person of Your choice that is authorized to sell such coverage and is acceptable to Us. The GAP contract issued by the provider of the protection will describe the terms and conditions of coverage in further detail. If You want GAP protection, sign below.

Cost $ N/A _____ Term: N/A _____ Provider: N/A _____

****NOT PURCHASED - DO NOT SIGN****
Buyer's Signature _____ Date _____   Buyer's Signature _____ Date _____

**NOTICE TO BUYER: Do not sign this contract in blank. You are entitled to an exact copy of the contract you sign. Keep it to protect your legal rights.** Any holder of this consumer credit contract is subject to all claims and defenses which the buyer could assert against the seller of goods or services obtained pursuant hereto or with the proceeds hereof. Recovery hereunder by the buyer shall not exceed amounts paid by the buyer hereunder.

Buyer's Signature: x _Jason Gamble_____   Buyer's Signature: x _____

Seller: SUTLIFF CHEVROLET COMPANY   By: _Jonathan Richards_____   Title: AGENT

This Contract is signed by the Seller and Buyer(s) hereto this 5th day of November , 2020

**You agree to the terms of this Contract and acknowledge that You have received a copy of this Contract with all blanks filled in and that You have read it and understand it.**

Buyer's Signature: x _Jason Gamble_____   Buyer's Signature: _____

PENNSYLVANIA CREDIT ACCEPTANCE CORPORATION (11-2016)
© 2012-2016 Credit Acceptance Corporation.
All Rights Reserved.
Operating retail installment contract assigned to Credit Acceptance Corporation.
This copy was created on 11/05/2020

# Exhibit 6

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| JASMINE M LEWIS 26 NICHOLS AVE COATESVILLE PA 19320 CHESTER | N/A | D'AMBROSIO DODGE, INC. 1221 E LANCASTER AVE DOWNINGTOWN PA 19335 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Mfg Gross Vehicular Weight | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2012 | NISSAN MAXIMA | N/A | 1N4AA5AP3CC856511 | Personal, family, or household unless otherwise indicated below ☐ business ☐ agricultural ☐ N/A |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 1700.00 is |
|---|---|---|---|---|
| 14.49 % | $ 7310.84 | $ 14289.16 | $ 21600.00 | $ 23300.00 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 300.00 | Monthly beginning 02/27/2017 |
| N/A | N/A | N/A |

Or As Follows: N/A

**Late Charge.** If payment is not paid in full within 10 days after it is due, you will pay a late charge. If the vehicle is a heavy commercial motor vehicle, the charge will be 4% of the part of the payment that is late. Otherwise, the charge will be 2% of the part of the payment that is late.

**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**Insurance.** You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

### Optional Credit Insurance

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both

Premium:

Credit Life $ _____ N/A
Credit Disability $ _____ N/A
Insurance Company Name N/A
_____ N/A
Home Office Address N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance pays the unpaid part of the Amount Financed if you die. This insurance pays only the amount you would owe if you paid all your payments on time. Credit disability insurance pays the scheduled payments due under this contract while you are disabled. This insurance does not cover any increase in your payment or in the number of payments. The policies or certificates issued by the named insurance companies may further limit the coverage that credit life insurance or credit disability insurance provides. See the policies or certificates for coverage limits or other terms and conditions.

### ITEMIZATION OF AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)

1 Cash Price

| Vehicle | $ 12797.00 |
|---|---|
| Accessories and Installation | $ N/A |
| Government Taxes | $ 851.56 |
| Vehicle Delivery | $ N/A |
| to N/A for N/A | $ N/A |
| to N/A for N/A | $ N/A |
| to N/A for N/A | $ N/A |
| to N/A for N/A | $ N/A |
| to N/A for N/A | $ N/A |
| to N/A for N/A | $ N/A |
| to N/A for N/A | $ N/A |
| to N/A for N/A | $ N/A |
| | $ 13648.56 (1) |

2 Total Downpayment =

| Trade-In N/A | |
|---|---|
| Trade-In N/A (Year) (Make) (Model) (VIN) | |
| Gross Trade-In Allowance | $ N/A |
| Less Pay Off Made By Seller | $ N/A |
| Equals Net Trade In | $ N/A |
| + Cash | $ 1700.00 |
| + Other N/A | $ N/A |
| (If total downpayment is negative, enter "0" and see 4H below) | $ 1700.00 (2) |

3 Unpaid Balance of Cash Price (1 minus 2) | $ 11948.56

### Other Optional Insurance

☐ _____ N/A _____ N/A
Type of Insurance Term
Premium $ _____ N/A
Description of Coverage _____ N/A
Insurance Company Name N/A
Home Office Address N/A
_____ N/A

☐ _____ N/A _____ N/A
Type of Insurance Term
Premium $ _____ N/A
Description of Coverage _____ N/A

| | | | | |
|---|---|---|---|---|
| | Disability | Term | | |
| B | Other Optional Insurance Paid to Insurance Company or Companies | | | |
| | (Describe) N/A | Term N/A | $ | N/A |
| | (Describe) N/A | Term N/A | $ | N/A |
| C | Official Fees Paid to Government Agencies | | | |
| | to N/A | for N/A | $ | |
| | to N/A | for N/A | $ | |
| | to STATE OF PA | for TEMP TAG | $ | 28.00 |
| D | Optional Gap Contract | | $ | 691.00 |
| E | Government Taxes Not Included in Cash Price | | $ | |
| F | Government License and/or Registration Fees | | | |
| | REG | | $ | 36.00 |
| G | Government Certificate of Title Fees  /ENCUMB FEE | | | |
| | (includes $ 24.00 security interest recording fee) | | $ | 75.00 |
| H | Other Charges (Seller must identify who is paid and | | | |
| | describe purpose) | | | |
| | to N/A | for Prior Credit or Lease Balance | $ | N/A |
| | to D'AMBROSIO DODGE | for DOC FEE | $ | 115.00 |
| | to CONTINENTAL | for GOLD | $ | 1395.60 |
| | to N/A | for N/A | $ | N/A |
| | to N/A | for N/A | $ | N/A |
| | to N/A | for N/A | $ | N/A |
| | to N/A | for N/A | $ | N/A |
| | to N/A | for N/A | $ | N/A |
| | to N/A | for N/A | $ | N/A |

| | | | |
|---|---|---|---|
| | Total Other Charges and Amounts Paid to Others on Your Behalf | $ | 2340.60 (4) |
| 5 | Amount Financed (3 + 4) | $ | 14289.1 (5) |
| 6 | Finance Charge | $ | 7310.84 (6) |
| 7 | Total of Payments-Time Balance (5 + 6) | $ | 21600.0 (7) |

decision to buy or not buy other optional insurance will not be ... to ... ...cess. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X  N/A                                     N/A
Buyer Signature                           Date

X  N/A                                     N/A
Co-Buyer Signature                        Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

**Returned Check Charge:** You agree to pay the costs we actually pay to others if any check you give us is dishonored.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term _____ 72 ___ Mos.    GAP 1
                              Name of Gap Contract

I want to buy a gap contract.

Buyer Signs X _Jasmine Lewis_

**If you do not meet your contract obligations, you may lose the vehicle.**

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before ___N/A___, Year ___N/A___. SELLER'S INITIALS ___N/A___

**NO COOLING OFF PERIOD**
**State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.**

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.    Buyer Signs X _Jasmine Lewis_    Co-Buyer Signs X ___N/A___
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
You authorize us to obtain information about you, or the vehicle you are buying, from the state motor vehicle department or other motor vehicle registration authorities.

See back for other important agreements.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**NOTICE TO BUYER. DO NOT SIGN THIS CONTRACT IN BLANK. YOU ARE ENTITLED TO AN EXACT COPY OF THE CONTRACT YOU SIGN. KEEP IT TO PROTECT YOUR LEGAL RIGHTS. ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE BUYER COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE BUYER SHALL NOT EXCEED AMOUNTS PAID BY THE BUYER HEREUNDER.**

Buyer Signs X _Jasmine Lewis_ Date _01/13/1_ Co-Buyer Signs X ___N/A___ Date ___N/A___

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.**

Buyer Signs X _Jasmine Lewis_ Date _01/13/1_ Co-Buyer Signs X ___N/A___ Date ___N/A___

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X ___N/A___

Seller Signs _D'AMBROSIO DODGE, INC._ Date _01/13/17_ By X _____   Address ___N/A___   Title ___PRES.___

Seller assigns its interest in this contract to _WELLS FARGO DEALER SERVICES, INC._ (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse

# Exhibit 7

SIMPLE FINANCE CHARGE

Dealer Number _____   Contract Number _____

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| JOEL MORALES 3131 DALE DR LANCASTER PA 17601 LANCASTER | N/A | HONDRU FORD 300 S MAIN ST.   P.O BOX 68 MANHEIM PA 17545 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Mfg Gross Vehicular Weight | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2011 | GMC TERRAIN | N/A | 2CTFLTEC986369122 | Personal, family, or household unless otherwise indicated below □ business □ agricultural ☑ N/A |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 500.00 (3) |
|---|---|---|---|---|
| 11.14 % | $ 4650.77 | $ 14046.37 | $ 18697.14 | $ 19197.14 |

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 63 | 296.78 | Monthly beginning 03/05/2019 |
| N/A | N/A | N/A |
| Or As Follows: N/A | | |

**Late Charge.** If payment is not paid in full within 10 days after it is due, you will pay a late charge. If the vehicle is a heavy commercial motor vehicle, the charge will be 4% of the part of the payment that is late. Otherwise, the charge will be 2% of the part of the payment that is late.
**Prepayment.** If you pay off your debt early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)

1. Cash Price
   | | | |
   |---|---|---|
   | Vehicle | | $ 9995.00 |
   | Accessories and Installation | | $ N/A |
   | Government Taxes | | $ 755.60 |
   | Vehicle Delivery | | $ N/A |
   | for N/A | for N/A | $ N/A |
   | for N/A | for N/A | $ N/A |
   | for N/A | for N/A | $ N/A |
   | for N/A | for N/A | $ N/A |
   | for N/A | for N/A | $ N/A |
   | for N/A | for N/A | $ N/A |
   | | | $ 10750.40 (1) |

2. Total Downpayment =
   | | | |
   |---|---|---|
   | Trade-In (Make) (Model) | | |
   | Trade-In (VIN) | | |
   | Gross Trade-In Allowance | | $ N/A |
   | Less Pay Off Made By Seller | | $ N/A |
   | Equals Net Trade In | | $ N/A |
   | + Cash | | $ 500.00 |

Insurance. You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit. If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below:
### Optional Credit Insurance
□ Credit Life   □ Buyer   □ Co-Buyer   □ Both
□ Credit Disability   □ Buyer   □ Co-Buyer   □ Both
Premium:
Credit Life $ _____ N/A _____
Credit Disability $ _____ N/A _____
Insurance Company Name N/A
N/A
Home Office Address N/A
N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4.B of the Itemization of Amount Financed. Credit life insurance pays the unpaid part of the Amount Financed if you die. This insurance pays only the amount you would owe if you paid at your payments on time. Credit disability insurance pays the scheduled payments due under this contract while you are disabled. This insurance does not cover any increase in your payment or in the number of payments. The policies or certificates issued by the named insurance companies may further limit the coverage that credit life insurance or credit disability insurance provides. See the policies or certificates for coverage limits and other terms and conditions.

### Other Optional Insurance
□ N/A
_____ N/A _____
Type of Insurance        Term
Premium $ _____ N/A _____
Description of Coverage N/A
N/A
Insurance Company Name N/A
Home Office Address N/A
N/A
□ N/A                    N/A
_____            _____
Type of Insurance        Term
Premium $ _____ N/A _____

| | | | | | |
|---|---|---|---|---|---|
| Disability | Term | N/A | $ | N/A | |
| B Other Optional Insurance Paid to Insurance Company or Companies | | | | | |
| (Describe) N/A | Term | N/A | $ | N/A | |
| (Describe) N/A | Term | N/A | $ | N/A | |
| C Official Fees Paid to Government Agencies | | | | | |
| to N/A for N/A | | | $ | N/A | |
| to N/A for N/A | | | $ | N/A | |
| to N/A for N/A | | | $ | N/A | |
| D Optional Gap Contract | | | $ | 995.00 | |
| E Government Taxes Not Included in Cash Price | | | $ | N/A | |
| F Government License and/or Registration Fees | | | | | |
| G Government Certificate of Title Fees /ENCUMB FEE | | | $ | 37.00 | |
| (includes $ 25.00 security interest recording fee) | | | $ | 78.00 | |
| H Other Charges (Seller must identify who is paid and describe purpose) | | | | | |
| to N/A for Prior Credit or Lease Balance | | | $ | N/A | |
| to HONDRU FORD for DOC FEE | | | $ | 144.00 | |
| to NAE POWERTRAIN for POWERTRAIN ESSENT | | | $ | 2595.00 | |
| to CVR for ONLINE REG FEE | | | $ | 16.97 | |
| to HONDRU FORD for TEMPORARY PLATE | | | $ | 30.00 | |
| to N/A for N/A | | | $ | N/A | |
| to N/A for N/A | | | $ | N/A | |
| to N/A for N/A | | | $ | N/A | |
| to N/A for N/A | | | $ | N/A | |
| Total Other Charges and Amounts Paid to Others on Your Behalf | | | $ | 3795.97 | (4) |
| 5 Amount Financed (3 + 4) | | | $ | 14046.37 | (5) |
| 6 Finance Charge | | | $ | 4650.77 | (6) |
| 7 Total of Payments-Time Balance (5 + 6) | | | $ | 18697.14 | (7) |

a factor in the credit approval process. If we do provide unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X **N/A**                                    N/A
Buyer Signature                          Date

X **N/A**                                    N/A
Co-Buyer Signature                       Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

**Returned Check Charge:** You agree to pay the costs we actually pay to others if any check you give us is dishonored.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term 63 Mos. **EXPERT AUTO GAP**
                                    Name of Gap Contract

I want to buy a gap contract.

Buyer Signs X ⟋⟋⟋⟋

---

**If you do not meet your contract obligations, you may lose the vehicle.**

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before N/A Year N/A SELLER'S INITIALS N/A

**NO COOLING OFF PERIOD**
**State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.**

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.   Buyer Signs X ⟋⟋⟋       Co-Buyer Signs X
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
You authorize us to obtain information about you, or the vehicle you are buying, from the state motor vehicle department or other motor vehicle registration authorities.
**See back for other important agreements.**

**The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.**

**NOTICE TO BUYER. DO NOT SIGN THIS CONTRACT IN BLANK. YOU ARE ENTITLED TO AN EXACT COPY OF THE CONTRACT YOU SIGN. KEEP IT TO PROTECT YOUR LEGAL RIGHTS. ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE BUYER COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE BUYER SHALL NOT EXCEED AMOUNTS PAID BY THE BUYER HEREUNDER.**

Buyer Signs X ⟋⟋⟋       Date 01/19/19       Co-Buyer Signs X N/A       Date N/A

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.**

Buyer Signs X ⟋⟋⟋       Date 01/19/19       Co-Buyer Signs X N/A       Date N/A

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X
Seller Signs N/A       Date 01/19/19       By X N/A       Title

# Exhibit 8

## RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

Dealer Number _____  Contract Number _____

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| Philly Sar 125 S Eagle Rd Havertown, Pa 19083 | | Rolls Auto Sales 6547 Frankford Ave Philadelphia, PA 19135 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Mfg Gross Vehicular Weight | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| Used | 2014 | BMW 3 Series | 3,595 | WBA3B5C59EP539952 | Personal, family, or household unless otherwise indicated below ☐ business ☐ agricultural ☐ |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 3698.00 is |
|---|---|---|---|---|
| 18.69 % | $ 10421.88 | $ 15555.00 | $ 25976.88 | $ 29674.88 |

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 360.79 | Monthly beginning 8/16/2019 |
| | | |

Or As Follows:

**Late Charge.** If payment is not paid in full within 10 days after it is due, you will pay a late charge. If the vehicle is a heavy commercial motor vehicle, the charge will be 4% of the part of the payment that is late. Otherwise, the charge will be 2% of the part of the payment that is late.
**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

Insurance. You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.
If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**
**Optional Credit Insurance**
☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both
Premium:
Credit Life $ 0.00
Credit Disability $ 0.00
Insurance Company Name N/A
N/A
Home Office Address _____

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance pays the unpaid part of the Amount Financed if you die. This insurance pays only the amount you would owe if you paid all your payments on time. Credit disability insurance pays the scheduled payments due under this contract while you are disabled. This insurance does not cover any increase in your payment or in the number of payments. The policies or certificates issued by the named insurance companies may further limit the coverage that credit life insurance or credit disability insurance provides. See the policies or certificates for coverage limits or other terms and conditions.

### ITEMIZATION OF AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)

1 Cash Price
| | | | |
|---|---|---|---|
| Vehicle | | | $ 14,900.00 |
| Accessories and Installation | | | $ 0.00 |
| Government Taxes | | | $ 1,074.00 |
| Vehicle Delivery | | | $ 0.00 |
| to N/A | for | N/A | $ 0.00 |
| to N/A | for | N/A | $ 0.00 |
| to N/A | for | N/A | $ 0.00 |
| to N/A | for | N/A | $ 0.00 |
| to N/A | for | N/A | $ 0.00 |
| to N/A | for | N/A | $ 0.00 |
| to N/A | for | N/A | $ 0.00 |
| | | | $ 15,974.00 (1) |

2 Total Downpayment =
Trade-In N/A N/A N/A
(Year) (Make) (Model)
Trade-In _____ (VIN)
Gross Trade-In Allowance $ 0.00
Less Pay Off Made By Seller $ 0.00

**Other Optional Insurance**
☐ _____
Type of Insurance | Term
Premium $ 0.00
Description of Coverage N/A
Insurance Company Name _____
Home Office Address _____
☐ _____
Type of Insurance | Term

| 72 | 360.79 | 8/16/2019 |
|---|---|---|
|  |  |  |

Insurance Company Name ___N/A___

___N/A___

Home Office Address _____

**Or As Follows:**

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed if you die. This insurance pays only the amount you would owe if you paid all your payments on time. Credit disability insurance pays the scheduled payments due under this contract while you are disabled. This insurance does not cover any increase in your payment or in the number of payments. The policies or certificates issued by the named insurance companies may further limit the coverage that credit life insurance or credit disability insurance provides. See the policies or certificates for coverage limits or other terms and conditions.

**Late Charge.** If payment is not paid in full within 10 days after it is due, you will pay a late charge. If the vehicle is a heavy commercial motor vehicle, the charge will be 4% of the part of the payment that is late. Otherwise, the charge will be 2% of the part of the payment that is late.
**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**ITEMIZATION OF AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)**

1  Cash Price

| | | |
|---|---|---|
| Vehicle | $ | 14,900.00 |
| Accessories and Installation | $ | 0.00 |
| Government Taxes | $ | 1,074.00 |
| Vehicle Delivery | $ | 0.00 |
| to N/A   for N/A | $ | 0.00 |
| to N/A   for N/A | $ | 0.00 |
| to N/A   for N/A | $ | 0.00 |
| to N/A   for N/A | $ | 0.00 |
| to N/A   for N/A | $ | 0.00 |
| to N/A   for N/A | $ | 0.00 |
| to N/A   for N/A | $ | 0.00 |
| | $ | 15,974.00 (1) |

### Other Optional Insurance

☐ _____
   Type of Insurance          Term

Premium $  0.00

Description of Coverage  N/A

_____

Insurance Company Name _____

Home Office Address _____

2  Total Downpayment =

Trade-In ___N/A N/A N/A___
         (Year)   (Make)      (Model)

Trade-In _____
                    (VIN)

| Gross Trade-In Allowance | $ | 0.00 |
|---|---|---|
| Less Pay Off Made By Seller | $ | 0.00 |
| Equals Net Trade In | $ | 0.00 |
| + Cash | $ | 3,698.00 |
| + Other | $ | 0.00 |
| (If total downpayment is negative, enter "0" and see 4H below) | $ | 3,698.00 (2) |

3  Unpaid Balance of Cash Price (1 minus 2)   $ 12,276.00 (3)

☐ _____
   Type of Insurance          Term

Premium $  N/A

Description of Coverage _____

Insurance Company Name _____

Home Office Address _____

4  Other Charges Including Amounts Paid to Others on Your Behalf

A  Cost of Optional Credit Insurance Paid to Insurance Company or Companies

| Life      Term N/A | $ | 0.00 |
|---|---|---|
| Disability   Term N/A | $ | 0.00 |

B  Other Optional Insurance Paid to Insurance Company or Companies

| (Describe) N/A   Term N/A | $ | 0.00 |
|---|---|---|
| (Describe) N/A   Term N/A | $ | 0.00 |

C  Official Fees Paid to Government Agencies

| to N/A   for N/A | $ | 0.00 |
|---|---|---|
| to N/A   for N/A | $ | 0.00 |
| to N/A   for N/A | $ | 0.00 |

D  Optional Gap Contract   $ 0.00

E  Government Taxes Not Included in Cash Price

F  Government License and/or Registration Fees

   $ 38.00

G  Government Certificate of Title Fees

   (includes $ 26.00 security interest recording fee)   $ 86.00

H  Other Charges (Seller must identify who is paid and describe purpose)

| to N/A | for Prior Credit or Lease Balance | $ | 0.00 |
|---|---|---|---|
| to Rofs Auto Sales | for Doc Fee | $ | 120.00 |
| to GWC Warranty | for Service Contract | $ | 3,000.00 |
| to Dealer | for Tag Fees | $ | 15.00 |
| to Dealer | for Messenger Fee | $ | 10.00 |
| to Dealer | for Notary Fee | $ | 10.00 |
| to N/A | for N/A | $ | 0.00 |

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.
I want the insurance checked above.

X _____
Buyer Signature                    Date

X _____
Co-Buyer Signature                 Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

**Returned Check Charge:** You agree to pay the costs we actually pay to others if any check you give us is dishonored.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term ___N/A___ Mos. _____
                        Name of Gap Contract

I want to buy a gap contract.

Buyer Signs X _____

# Exhibit 9

RETAIL INSTALLMENT SALE CONTRACT
SIMPLE FINANCE CHARGE

| Buyer Name and Address (including County and Zip Code) KEITH J. HERDON EL MARCO N.J. 07 17 | Co-Buyer Name and Address (including County and Zip Code) | Seller-Creditor (Name and Address) FRED BEANS CADILLAC BUICK GM 341 N. EASTON RD DOYLESTOWN, PA 18902 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your Finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| USED | 2018 | AUDI A3 | | WAUGUGFF5JA060838 | Personal, family or household unless otherwise indicated below ☐ business ☐ agricultural |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ |
|---|---|---|---|---|
| 7.74 % | $ 4895.65 | $ 38257.55 | $ 43153.2 | $ 43153.2 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 599.35 | Monthly beginning 09/12/2019 |
| N/A | N/A | |

**Late Charge.** If payment is not paid in full within 10 days after it is due, you will pay a late charge. If the vehicle is in Pennsylvania and has a cash price of less than or equal to the amount listed in a table, the charge will be 2% of the part of the payment that is late. Otherwise, the charge will be 2% of the part of the payment that is late.

**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)

| | | | | |
|---|---|---|---|---|
| 1 Cash Price | | | | $ 36949.00 |
| Vehicle | | | | $ |
| Accessories and Installation | | | | $ N/A |
| Government Taxes | | | | $ N/A |
| Vehicle Delivery | | | | $ N/A |
| to N/A | for N/A | | | $ N/A |
| to N/A | for N/A | | | $ N/A |
| to N/A | for N/A | | | $ N/A |
| to N/A | for N/A | | | $ N/A |
| to N/A | for N/A | | | $ N/A |
| to N/A | for N/A | | | $ N/A |
| | | | | $ 36949.00 |
| 2 Total Downpayment = | | | | |
| Trade-in 2018 PORSCHE (Make) | | | | |
| Trade-in WP1AF2A53JLB49019 (VIN) | | | | 32500.00 |
| Gross Trade-In Allowance | | | | 38410.05 |
| Less Pay Off Made By Seller | | | | -910.05 |
| Equals Net Trade-in | | | | $ |
| + Cash | | | | $ |
| + Other N/A | | | | $ 0.00 |
| (If total downpayment is negative, enter "0" and see 4H below) | | | | $ 36949.00 |
| 3 Unpaid Balance of Cash Price (1 minus 2) | | | | 36949.00 |
| 4 Other Charges Including Amounts Paid to Others on Your Behalf | | | | |
| A Cost of Optional Credit Insurance Paid to Insurance Company or Companies | | | | |
| Life N/A | Term N/A | | N/A | |
| Disability N/A | Term N/A | | N/A | |
| B Other Optional Insurance Paid to Insurance Company or Companies | | | | |
| (Describe) N/A | Term N/A | | N/A | |
| (Describe) N/A | Term N/A | | N/A | |
| C Official Fees Paid to Government Agencies | | | | |
| to N/A | for N/A | | N/A | |
| to ST. OF PA | for TRANSFER FEE | | N/A | |
| to ST. OF PA | for TEMP TAG FEE | | 30.00 | |
| D Optional Gap Contract | | | | N/A |
| E Government Taxes Not Included in Cash Price | | | | N/A |
| F Government License and/or Registration Fees | | | | |
| REGISTRATION FEE | | | | 139.50 |
| G Government Certificate of Title Fees | | | | |
| (includes $ 25.00 county interest recording fee) | | | | 55.00 |
| H Other Charges (Seller must identify who is paid and describe purpose) | | | | |
| to Prior Credit or Lease Balance | | | | 910.05 |
| to N/A | for N/A | | N/A | |
| to N/A | for N/A | | N/A | |
| to FRED BEANS CADI | for DOC FEE | | 144.00 | |
| to N/A | for N/A | | N/A | |
| to N/A | for N/A | | N/A | |
| to N/A | for N/A | | N/A | |
| Total Other Charges and Amounts Paid to Others on Your Behalf | | | | $ 1308.55 |
| 5 Amount Financed (3 + 4) | | | | $ 38257.55 |
| 6 Finance Charge | | | | $ 4895.65 |
| 7 Total of Payments (Time Balance (5 + 6) | | | | $ 43153.20 |

**Insurance.** You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below:
**Optional Credit Insurance**

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both

Premium:
Credit Life $ _____ N/A
Credit Disability $ _____ N/A
Insurance Company Name _____ N/A
Home Office Address _____ N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown above.

**Other Optional Insurance**
☐ N/A Type of Insurance _____ Term _____
Premium $ _____ N/A
Description of Coverage _____ N/A
Insurance Company Name _____ N/A
Home Office Address _____ N/A

☐ N/A Type of Insurance _____ Term _____
Premium $ _____ N/A
Description of Coverage _____ N/A
Insurance Company Name _____ N/A
Home Office Address _____ N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.
I want the insurance described above.

X _____ N/A _____
Buyer Signature                    Date

X _____
Co-Buyer Signature                    Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

**Returned Check Charge:** You agree to pay the costs we actually pay to others if any check you give us is dishonored.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.
_____ N/A _____
Name of Gap Contract
☐ I want to buy a gap contract.
Buyer Signs X _____

---

**If you do not meet your contract obligations, you may lose the vehicle.**

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before ___ N/A ___, Year ___. SELLER'S INITIALS ___ N/A ___

### NO COOLING OFF PERIOD
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.
Buyer Signs X _____   Co-Buyer Signs X _____

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

You authorize us to obtain information about you, or the vehicle you are buying, from the state motor vehicle registration authorities.
See back for other important agreements.

**The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.**

**NOTICE TO BUYER. DO NOT SIGN THIS CONTRACT IN BLANK. YOU ARE ENTITLED TO AN EXACT COPY OF THE CONTRACT YOU SIGN. KEEP IT TO PROTECT YOUR LEGAL RIGHTS. ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE BUYER COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE BUYER SHALL NOT EXCEED AMOUNTS PAID BY THE BUYER HEREUNDER.**

Buyer Signs X _____   Date 07/29/   Co-Buyer Signs X _____   Date _____

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X _____   Date 07/29/   Co-Buyer Signs X _____ N/A _____   Date _____

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.
Other owner signs here X _____   Address _____

Seller Signs FRED BEANS CADILLAC BUICK   Date 07/29/   By _____   Title _____

Seller assigns its interest in this contract to _____ FOX JOE and ETC FOX _____ (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned without recourse   ☐ Assigned with limited recourse
Seller FRED BEANS CADILLAC BUICK GM   By _____   Title _____

ILAW  FORM NO 553-PA

CUSTOMER/TRUTH IN LENDING COPY

# Exhibit 10

# RETAIL INSTALLMENT SALE CONTRACT – SIMPLE FINANCE CHARGE
## (WITH ARBITRATION PROVISION)

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| SHAYEVA C. HALL | NA | DAVIS AUTO |
| 530 PERTH PL APT F | | 6214 HARBISON AVE |
| PHILADELPHIA, PA 19123 | | PHILADELPHIA, PA 19149 |

Dealer Number: _____  Contract Number: _____

| | Year | Make and Model | Mfg Gross Vehicular Weight | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| New/Used | | | | | Personal, family or household unless otherwise indicated below |
| USED | 2013 | HYUNDAI ELANTRA GLS | NA | 5NPDH4AE2DH377496 | □ business □ agricultural |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $1900.00 is |
|---|---|---|---|---|
| 11.350 % | $5077.04 | $13022.32 | $18099.36 | $19999.36 |

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $251.38 | Monthly beginning 12/23/2018 |

Or As Follows:

NA

**Late Charge.** If payment is not paid in full within 10 days after it is due, you will pay a late charge of 4% of the part of the payment that is late. If the vehicle is a heavy commercial motor vehicle, the charge will be 2% of the part of the payment that is late. Otherwise, the charge will be 2% of the part of the payment that is late.

**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

## ITEMIZATION OF AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)

1 Cash Price ................................................ $11635.00 (1)

2 Total Downpayment =

| | | |
|---|---|---|
| Trade-in (Year) 2005 (Make) BUICK (Model) LACROSSE | | |
| (VIN) _____ | | |
| Gross Trade-in Allowance ......... $500.00 | | |
| Less Pay Off Made By Seller ....... $995.38 | | |
| Equals Net Trade In ................ $500.00 | | |
| + Cash .............................. $1400.00 | | |
| + Other NA | | |
| (If total downpayment is negative, enter "0" and see 4H below) | | |

Total Downpayment ........................ $1900.00 (2)

3 Unpaid Balance of Cash Price (1 minus 2) .......... $10701.32 (3)

4 Other Charges Including Amounts Paid to Others on Your Behalf

A Cost of Optional Credit Insurance Paid to Insurance Company or Companies

| | Life | $ NA | Term | NA |
|---|---|---|---|---|
| | Disability | $ NA | Term | NA |

B Other Optional Insurance Paid to Insurance Company or Companies

## Other Optional Insurance

Insurance Company Name NA
Home Office Address NA
Premium $ NA  Type of Insurance NA
Description of Coverage NA  Term NA

Insurance Company Name NA
Home Office Address NA
Premium $ NA  Type of Insurance NA
Description of Coverage NA  Term NA

### Check the insurance you want and sign below:

#### Optional Credit Insurance

□ Credit Life: □ Buyer □ Co-Buyer □ Both
□ Credit Disability: □ Buyer □ Co-Buyer □ Both

Premium:
Credit Life $ NA
Credit Disability $ NA
Insurance Company Name NA
Home Office Address NA

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance pays the unpaid part of your Amount Financed if you die. Credit disability insurance pays the scheduled payments due on your Amount Financed if you are disabled. The insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown. The policies or certificates issued by the named insurance companies may further limit the coverage that credit life insurance or credit disability insurance provides. See the policies or certificates for coverage limits of other terms and conditions.

Insurance. You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**CUSTOMER/TRUTH IN LENDING COPY**

OTHER IMPORTANT AGREEMENTS

1. FINANCE

**NOTICE TO BUYER. DO NOT SIGN THIS CONTRACT IN BLANK. YOU ARE ENTITLED TO AN EXACT COPY OF THE CONTRACT YOU SIGN. KEEP IT TO PROTECT YOUR LEGAL RIGHTS. ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE BUYER COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE BUYER SHALL NOT EXCEED AMOUNTS PAID BY THE BUYER HEREUNDER.**

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You acknowledge that you have read both sides of this contract, including the arbitration provision on the reverse side, before signing below. You confirm that you received a completely filled-in copy when you signed it.**

Buyer Signs X _____ Date 1/08/18   Co-Buyer Signs X _NA_   Date _____

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____   Address _NA_

Seller _DANI'S AUTO FINANCE_   Date 1/08/18   By X _____   Title _PRES._

☐ Assigned without recourse   ☐ Assigned with recourse   (Assigned) under the terms of Seller's agreement(s) with Assignee.

**State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.**

## NO COOLING OFF PERIOD

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.

Buyer Signs X _____   Co-Buyer Signs X _NA_

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

You authorize us to obtain information about you, or the vehicle you are buying, from the state motor vehicle department or other motor vehicle registration authorities.

**See back for other important agreements.**

Buyer Signs X _____   Date 1/08/18   Co-Buyer Signs X _NA_

**The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.**

OPTION. ☐ You pay no finance charge if the Amount Financed, Item 5, is paid in full on or before _NA_ , _____ Year. SELLER'S INITIALS _NA_

**If you do not meet your contract obligations, you may lose the vehicle.**

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

X _____ Date _____
Buyer Signature

X _____ Date _____
Co-Buyer Signature

**Returned Check Charge.** You agree to pay the costs we actually pay to others if any check you give us is dishonored.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term _72_ Mos.   Name of Gap Contract _NA_

I want to buy a gap contract.

Buyer Signs X _____   Co-Buyer Signs X _NA_

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on the reverse side of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X _____

Co-Buyer Signs X _NA_

| | Term | for | | |
|---|---|---|---|---|
| C  Official Fees Paid to Government Agencies | | | | $ _NA_ |
| to _NA_ | _NA_ | for _NA_ | $ _NA_ | |
| to _NA_ | _NA_ | for _NA_ | $ _NA_ | |
| to _NA_ | _NA_ | for _NA_ | $ _NA_ | |
| D  Optional Gap Contract _AMERIDIAN GAP_ | | | | $ 895.00 |
| E  Government Taxes Not Included in Cash Price | | | | $ _NA_ |
| F  Government License and/or Registration Fees | | | | $ _NA_ |
| G  Government Certificate of Title Fees | | | | $ 70.00 |
| H  Other Charges (Seller must identify who is paid and describe purpose) (includes $ _00_ security interest recording fee) | | | | $ 78.00 |
| to _NEW CAR_ | for _ALPHA_ | | $ 1000.00 | |
| to _ALPHA_ | for _NA_ | | $ _NA_ | |
| to _DANI'S AUTO_ | for _DOCUMENTARY FEE_ | | $ 118.00 | |
| to _NA_ | for _NA_ | | $ _NA_ | |
| to _NA_ | for _NA_ | | $ _NA_ | |
| to _NA_ | for _NA_ | | $ _NA_ | |
| to _NA_ | for _NA_ | | $ _NA_ | |
| Total Other Charges and Amounts Paid to Others on Your Behalf | | | | $ _NA_ |
| 5  Total Other Charges and Amounts Paid to Others (5 + 6) | | | | $ 2241.00 |
| 6  Finance Charge | | | | $ 5077.04 |
| 7  Total of Payments-Time Balance (5 + 6) | | | | $ 11552.16 |