IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANA JENNINGS and JOSEPH A. FURLONG, Individually and on Behalf of All Others Similarly Situated, | : : : : | |
| Plaintiffs, | : | CIVIL ACTION NO. 21-5400 |
| | : | |
| v. | : | |
| | : | |
| CARVANA LLC, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 29th day of March, 2022, it is hereby **ORDERED** that the oral argument on the motion to compel arbitration and the motion to dismiss scheduled for Thursday, April 7, 2022 at 2:00 p.m. is **RESCHEDULED** to **Friday, May 20, 2022** at **3:00 p.m.** at the Holmes Building, 101 Larry Holmes Drive, 4th Floor, Easton, Pennsylvania 18042.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.