## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

DANA JENNINGS and JOSEPH A.
FURLONG, Individually and on Behalf of All
Others Similarly Situated,

                    Plaintiffs,

    v.

CARVANA, LLC,

                    Defendant.

Case No. 5:21-cv-05400

Hon. Edward G. Smith

## DEFENDANT CARVANA, LLC'S NOTICE OF APPEAL

Notice is hereby given that Carvana, LLC, Defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Memorandum Opinion dated and entered on September 30, 2022 [Dkt. 36] and the Order dated and entered on September 30, 2022 [Dkt. 37].

Dated:  October 17, 2022

Respectfully submitted,

/s/ *Eric Leon*
_____

Eric Leon (New York Bar No. 2626562)
(Admitted *Pro Hac Vice*)
eric.leon@lw.com
Marc S. Werner (New York Bar No. 5301221)
(Admitted *Pro Hac Vice*)
marc.werner@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864

Robert C. Collins III (Illinois Bar No. 6304674)
(Admitted *Pro Hac Vice*)
robert.collins@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL  60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767

Paul G. Gagne (Pennsylvania ID No. 42009)
pgagne@kleinbard.com
KLEINBARD LLC
Three Logan Square
Philadelphia, PA 19103
Telephone:  (215) 523-5302

*Counsel for Defendant Carvana, LLC*

## CERTIFICATE OF SERVICE

I, Eric Leon, hereby certify that I caused a copy of the foregoing to be served on the parties listed below, via the Court's ECF system, on October 17, 2022.

Robert P. Cocco
ROBERT P. COCCO, P.C.
Pa. Id. No. 61907
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Telephone:  (215) 351-0200
Email:  bob.cocco@phillyconsumerlaw.com

Phillip Robinson
CONSUMER LAW CENTER LLC
8737 Colesville Road, Suite 308
Silver Spring, MD 20910
Telephone:  (301) 448-1304
Email:  phillip@marylandconsumer.com

*Counsel for Plaintiffs*

Dated:  October 17, 2022

/s/ *Eric Leon*

Eric Leon

eric.leon@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020

*Counsel for Defendant Carvana, LLC*