IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANA JENNINGS and JOSEPH A. FURLONG, Individually and on Behalf of All Others Similarly Situated, | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 21-5400 |
| v. | : : | |
| CARVANA LLC, | : : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 25th day of October, 2022, after considering the application of Brent S. Snyder, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) (Doc. No. 42), it is hereby **ORDERED** that the application (Doc. No. 42) is **GRANTED**.[1]

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.

---

[1] Instructions to request electronic filing access are available on the court's website at: https://www.paed.uscourts.gov/nextgen-cmecf.