IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANA JENNINGS and JOSEPH A. FURLONG, Individually and on Behalf of All Others Similarly Situated, | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 21-5400 |
| v. | : : | |
| CARVANA LLC, | : : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 28th day of February, 2023, the court having entered an order on November 2, 2022, which, *inter alia*, placed this matter in civil suspense pending the resolution of the defendant's appeal to the Third Circuit Court of Appeals, *see* Nov. 2, 2022 Order at 1, 2; accordingly, it is hereby **ORDERED** as follows:

1. The clerk of court shall **REMOVE** this matter from civil suspense and **RETURN** it to the undersigned's active docket; and

2. The clerk of court shall **MARK** this matter as **CLOSED** for statistical purposes.[1]

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.

---

[1] The entry of this order will not prejudice the rights of the parties in this proceeding. The court will reopen this matter once the Third Circuit Court of Appeals has resolved the issues before it.