## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANA JENNINGS, et al.** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 21-5400 |
| | : | |
| **CARVANA LLC** | : | |

### O R D E R

**AND NOW,** this 6th day of June, 2024, **IT IS HEREBY ORDERED** that the above captioned matter is **REFERRED** to United States Magistrate Judge Craig M. Straw for the purpose of scheduling and conducting a settlement conference.

                                                   **BY THE COURT:**

                                                   **/s/ Jeffrey L. Schmehl**
                                                   **JEFFREY L. SCHMEHL, J.**