UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANA JENNINGS, JOSEPH A. FURLONG, on their individual behalf and on behalf of other similarly situated persons,<br><br>     Plaintiffs,<br> v.<br><br>CARVANA, LLC<br><br>     Defendant. | C.A. No.: 5:21-cv-05400<br><br><br><br><br><br>**JURY TRIAL DEMANDED** |
| SYRETTA ANGELIQUE HARVIN, DAVID WEAVER, JR., on their individual behalf and on behalf of other similarly situated persons,<br><br>     Plaintiffs,<br> v.<br><br>CARVANA, LLC;<br>BRIDGECREST CREDIT COMPANY, LLC,<br><br>     Defendants. | C.A. No.: 2:23-cv-02068<br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

**PRAECIPE TO WITHDRAW DOCUMENT**

To the Clerk:

In accordance with the Court's pending entry of a new scheduling Order herein, Plaintiff hereby withdraws without prejudice the motion for class certification filed on June 14, 2024 (ECF 60-61).

Dated: <u>March 5, 2025</u>                      <u>/s/Robert P. Cocco</u>
                                                          ROBERT P. COCCO, P.C.
                                                          Co-counsel for Plaintiff