# EXHIBIT 23

**Exhibit 23 to James A. Francis Declaration in Support of Plaintiff's Motion to
Compel Dana Jennings, et al. v. Carvana, LLC; No. 5:21-cv-05400-MRP**

# NOTICES OF INTENT TO SUSPEND

PL_production 0274

OS-2 (11-08)



**pennsylvania**
DEPARTMENT OF TRANSPORTATION
www.dot.state.pa.us

Dealer/Agent Services Group
P. O. Box 68283
Harrisburg, PA 17106-8283
Phone: (717) 425-7394
DIN:   18001153
**Hand Delivered: 8/29/2022**

**CARVANA**
**1043 N FRONT STREET**
**PHILADELPHIA PA 19123**

## NOTICE OF INTENT TO SUSPEND IMMEDIATELY

Based on an administrative audit conducted on August 4, 2022, the Department is suspending your Agent Service Agreement number 7357357. The suspension is effective immediately. These actions are prohibited pursuant to Paragraph(s) 17 (56) & 17(74). This suspension will remain in effect for four (4) months effective immediately. These paragraphs provide as follows:

**17(56)-** The Provider has on more than one occasion failed to comply with any provision of the Vehicle code or Department regulations not specifically noted elsewhere in this agreement- *first Violation-Certificate of Authorization suspended for one (1) month.*

**Specifically-** On the Date of the Audit August 04, 2022, the following out of State Titles had not been flipped into Pennsylvania Titles and or the vehicles were not sold within twenty (20) days of the transfer of ownership to the Philadelphia Carvana location.

| VIN | TITLE # | Transfer Date | Audit Date | NOTES |
|---|---|---|---|---|
| Redacted | Redacted | 06/20/2022 | 08/04/2022 | Carvana- no specifics on reverse of title very generic date didn't even specify year. |
| | | 06/23/22 | 08/04/2022 | |
| | | NONE | 08/04/2022 | |
| | | 06/24/2022 | 08/04/2022 | |
| | | NO DATE | 08/04/2022 | |

Page 1 of 2

**17(74)**- The Provider has failed to comply with any Department policy or procedure not otherwise mentioned above- *first violation- Certificate of Authorization suspended for three (3) months.*

**Specifically**- During the current suspension period the Provider has been completing MV-41's as and authorized agent, verifying VIN numbers signing off with their suspended DIN number.

| DATE | WID # | MV-41 COMPLETED BY |
|------|-------|--------------------|
| 7/08/2022 | | |
| 08/22/2022 | Redacted | |
| 06/18/2022 | | |

You have a right to request a hearing on the above referenced sanction(s) under 2 Pa.C.S. §§ 501-508 (relating to general rules of administrative practice and procedure of administrative agencies); 1 Pa. Code Part II (relating to general rules of administrative practice and procedure) and 67 Pa. Code Chapter 491 (relating to administrative practice and procedure) by submitting a written request for hearing within thirty (30) days of the above mail date to the Administrative Docket Clerk, Office of Chief Counsel, 400 North Street, 9th Floor, Harrisburg, PA 17120-0096. A copy of this letter shall accompany this request.

In order for your privileges to be restored pending appeal, you must request a stay or supersedeas of this Departmental Order of Suspension/Termination by submitting a written motion for a stay or supersedeas of this Order to the Department hearing officer in accordance with 67 Pa. Code § 491.6(g) (relating to request for stay or supersedeas).

Sincerely,

Stephan J. Madrak, Director
Bureau of Motor Vehicles

Page 2 of 2

OS-2 (11-08)



**pennsylvania**
DEPARTMENT OF TRANSPORTATION
www.dot.state.pa.us

Dealer/Agent Services Group
P. O. Box 68283
Harrisburg, PA 17106-8283
Phone: (717) 787-4290
DIN:   18001098
Hand Delivered: 1/14/2022

**CARVANA**
**1300 BROCKWELL STREET**
**BRIDGEVILLE, PA 15017**

## NOTICE OF INTENT TO SUSPEND

Based on administrative audits conducted on December 1, 2021, and December 23, 2021, the Department intends to suspend your Agent Service Agreement number 7357449, you are suspended for a period of three (3) months effective 2/13/2022, pursuant to Paragraph(s)17(3), 17(19), 17(56), 17(59), 17(70), and 17(74). These paragraphs provide as follows:

**Paragraph 17(3)** – Provider has issued products but failed to deliver proper documents, fees or taxes to the Department within 30 days of issuance – *first violation – Certificate of Authorization suspended until the documents, fees or taxes are delivered plus one (1) month. The Department may also impose liquidated damages in an amount consistent with applicable law (including but not limited to 75 Pa. C.S. § 1374 or such other law enacted or promulgated following execution of this Agreement).*

**Specifically,** the Provider has failed to submit eight applications within 30 days of issuance. Reference table below

| Date Acquired/ Purchased | VIN# | Plate# | Date Submitted to the Department |
|---|---|---|---|
| 11/19/2021 | | | Not submitted as of 12/23/2021 |
| 11/12/2021 | | | Not submitted as of 12/23/2021 |
| 11/4/2021 | | | Not submitted as of 12/23/2021 |
| 11/1/2021 | | | 12/22/2021 |
| 10/13/2021 | | | Not submitted as of 12/23/2021 |
| 10/11/2021 | | | Not submitted as of 12/23/2021 |
| 9/30/2021 | | | 12/23/2021 |
| 8/28/2021 | | | 12/8/2021 |

Page 1 of 3

PL_production 0277

**Paragraph 17(19)** – The provider has not issued registration plates in consecutive order, beginning with the lowest number in each series – *first violation – Written Warning.*

**Specifically,** agent issued the following plates out of order.

| DATE | TAG# | VIOLATION/S |
|---|---|---|
| 11/27/2021 | Redacted | |
| 11/26/2021 | | Plate Issued Out of Order |
| 12/1/2021 | | |
| 11/30/2021 | | Plate Issued Out of Order |
| | | |

**Paragraph 17(56)** – The provider has on more than one occasion failed to comply with any provision of the Vehicle Code or Department regulations not specifically noted elsewhere in this Agreement – *first violation – Certificate of Authorization suspended for one (1) month.*

**Specifically,** the agent did not properly complete the titles on the following 4 deals.

| DATE | TAG# | WID # | VIOLATION/S |
|---|---|---|---|
| 10/01/2021 | Redacted | | Address on title does not match ID |
| 10/01/2021 | | | Address on title does not match ID |
| 10/04/2021 | | | Address on title does not match ID |
| 10/05/2021 | | | Address on title does not match ID |

**Paragraph 17 (59)** The Provider has failed to meet the training requirements pursuant to this Agreement — *first violation – written warning*

**Specifically,** the agent was unable to present current training certificates for all active employees at time of 12/1/2021 audit. Note: all certificates that were able to be provided to auditor were current, valid certificates.

**Paragraph 17(70)** - An unauthorized employee or individual has issued a registration card or plate assigned to the Provider – *first violation, Certificate of Authorization suspended for one (1) month.*

**Specifically,** multiple employees issued products without having been added to agent contract at the time of the 12/1/2021 audit.

**Paragraph 17 (74)** Provider has failed to comply with any Department policy or procedure not otherwise mentioned above — *first violation – written warning*

**Specifically,** updated full agent affidavits were not on file at the time of the 12/1/2021 audit.

PL_production 0278

You have a right to request a hearing on the above referenced sanction(s) under 2 Pa.C.S. §§ 501-508 (relating to general rules of administrative practice and procedure of administrative agencies); 1 Pa. Code Part II (relating to general rules of administrative practice and procedure) and 67 Pa. Code Chapter 491 (relating to administrative practice and procedure) by submitting a written request for hearing within thirty (30) days of the above mail date to the Administrative Docket Clerk, Office of Chief Counsel, 400 North Street, 9th Floor, Harrisburg, PA 17120-0096. A copy of this letter shall accompany this request.

In order for your privileges to be restored pending appeal, you must request a stay or supersedeas of this Departmental Order of Suspension/Termination by submitting a written motion for a stay or supersedeas of this Order to the Department hearing officer in accordance with 67 Pa. Code § 491.6(g) (relating to request for stay or supersedeas).

Sincerely,

Stephan J. Madrak, Director
Bureau of Motor Vehicles

Page **3** of **3**

PL_production 0279

OS-2 (11-08)



**pennsylvania**
DEPARTMENT OF TRANSPORTATION
www.dot.state.pa.us

Dealer/Agent Services Group
P. O. Box 68283
Harrisburg, PA 17106-8283
Phone: (717) 787-4290
DIN:   18001098
Mailed: 1/28/2022

**CARVANA**
**1300 BROCKWELL STREET**
**BRIDGEVILLE, PA 15017**

## NOTICE TO SUSPEND IMMEDIATELY

Based on an administrative audit conducted on January 14, 2022, the Department is suspending your Agent Service Agreement number 7357449.  The suspension is effective immediately due to Carvana not providing notification to PennDOT that members of its staff were engaged in agent services.  These actions are prohibited pursuant to Paragraph 17(23).  This suspension will remain in effect until full compliance with Paragraph 17(23).  This paragraph provides as follows:

> **Paragraph 17(23)** – The Provider has failed to notify the Department of a change in ownership, location, e-mail address, staff engaged in the provision of agent services, or duly authorized and currently licensed notary on staff, before or within 10 days after the change —*first violation, Certificate of Authorization suspended until Provider comes into compliance with applicable sections of this Agreement.*

**Specifically,** PennDOT identified a total of 38 Carvana employees were engaged in agent services without notifying and properly adding these employees to the contract.

In order to come in compliance, PennDOT will need the following:

Form MV-73B (Messenger and/or Agent Service Employee Report) completed, a copy of criminal background checks, a copy of the photo ID, and a copy of the Agent Training Certificate for each employee to update all identified employees on Carvana's Agent Service Contract.

You have a right to request a hearing on the above referenced sanction(s) under 2 Pa.C.S. §§ 501-508 (relating to general rules of administrative practice and procedure of administrative agencies); 1 Pa. Code Part II (relating to general rules of administrative practice and procedure) and 67 Pa. Code Chapter 491 (relating to administrative practice and procedure) by submitting a written request for hearing within thirty (30) days of the above mail date to the Administrative Docket Clerk, Office of Chief Counsel, 400 North Street, 9th Floor, Harrisburg, PA  17120-0096.  A copy of this letter shall accompany this request.

Page 1 of 2

PL_production 0281

In order for your privileges to be restored pending appeal, you must request a stay or supersedeas of this Departmental Order of Suspension/Termination by submitting a written motion for a stay or supersedeas of this Order to the Department hearing officer in accordance with 67 Pa. Code § 491.6(g) (relating to request for stay or supersedeas).

Sincerely,

Stephan J. Madrak, Director
Bureau of Motor Vehicles

Page 2 of 2

OS-2 (11-08)

 **pennsylvania**
DEPARTMENT OF TRANSPORTATION
www.dot.state.pa.us

Dealer/Agent Services ·Group
P. O. Box 68283
Harrisburg, PA 17106-8283
Phone: (717) 787-4290
DIN:   18001098
Hand Delivered: 1/14/2022

**CARVANA**
**1300 BROCKWELL STREET**
**BRIDGEVILLE, PA 15017**

## NOTICE TO SUSPEND IMMEDIATELY

Based on administrative audits conducted on December 1, 2021, the Department is suspending your Agent Service Agreement number 7357449. The suspension is effective immediately on 1/14/2022 due to Carvana not providing required State Police criminal background checks. These actions are pursuant to Paragraph 17(63). This suspension will remain in effect until full compliance with Paragraph 17(63). This paragraph provides as follows:

**Paragraph 17(63)** – The Provider has failed to request and retain State Police criminal background checks as required by this Agreement – *first violation, Certificate of Authorization suspended until Provider comes into compliance with applicable sections of this Agreement.*

**Specifically,** updated criminal background checks were not on file at the time of the 12/1/2021 audit.

You have a right to request a hearing on the above referenced sanction(s) under 2 Pa.C.S. §§ 501-508 (relating to general rules of administrative practice and procedure of administrative agencies); 1 Pa. Code Part II (relating to general rules of administrative practice and procedure) and 67 Pa. Code Chapter 491 (relating to administrative practice and procedure) by submitting a written request for hearing within thirty (30) days of the above mail date to the Administrative Docket Clerk, Office of Chief Counsel, 400 North Street, 9th Floor, Harrisburg, PA 17120-0096. A copy of this letter shall accompany this request.

In order for your privileges to be restored pending appeal, you must request a stay or supersedeas of this Departmental Order of Suspension/Termination by submitting a written motion for a stay or supersedeas of this Order to the Department hearing officer in accordance with 67 Pa. Code § 491.6(g) (relating to request for stay or supersedeas).

Sincerely,

Stephan J. Madrak, Director
Bureau of Motor Vehicles

Page 1 of 1

PL_production 0282

OS-2 (11-08)



**pennsylvania**
DEPARTMENT OF TRANSPORTATION
www.dot.state.pa.us

Dealer/Agent Services Group
P. O. Box 68283
Harrisburg, PA 17106-8283
Phone: (717) 787-4290
DIN:   18001098
Mailed: 1/28/2022

**CARVANA**
**1300 BROCKWELL STREET**
**BRIDGEVILLE, PA 15017**

## NOTICE TO SUSPEND IMMEDIATELY

Based on an administrative audit conducted on January 14, 2022, the Department is suspending your Agent Service Agreement number 7357449.  The suspension is effective immediately due to Carvana not providing notification to PennDOT that members of its staff were engaged in agent services.  These actions are prohibited pursuant to Paragraph 17(23).  This suspension will remain in effect until full compliance with Paragraph 17(23).  This paragraph provides as follows:

> **Paragraph 17(23)** – The Provider has failed to notify the Department of a change in ownership, location, e-mail address, staff engaged in the provision of agent services, or duly authorized and currently licensed notary on staff, before or within 10 days after the change —**first violation, Certificate of Authorization suspended until Provider comes into compliance with applicable sections of this Agreement.**

**Specifically,** PennDOT identified a total of 38 Carvana employees were engaged in agent services without notifying and properly adding these employees to the contract.

In order to come in compliance, PennDOT will need the following:

Form MV-73B (Messenger and/or Agent Service Employee Report) completed, a copy of criminal background checks, a copy of the photo ID, and a copy of the Agent Training Certificate for each employee to update all identified employees on Carvana's Agent Service Contract.

You have a right to request a hearing on the above referenced sanction(s) under 2 Pa.C.S. §§ 501-508 (relating to general rules of administrative practice and procedure of administrative agencies); 1 Pa. Code Part II (relating to general rules of administrative practice and procedure) and 67 Pa. Code Chapter 491 (relating to administrative practice and procedure) by submitting a written request for hearing within thirty (30) days of the above mail date to the Administrative Docket Clerk, Office of Chief Counsel, 400 North Street, 9th Floor, Harrisburg, PA  17120-0096.  A copy of this letter shall accompany this request.

Page **1** of **2**

PL_production 0283

Page 2 of 2

In order for your privileges to be restored pending appeal, you must request a stay or supersedeas of this Departmental Order of Suspension/Termination by submitting a written motion for a stay or supersedeas of this Order to the Department hearing officer in accordance with 67 Pa. Code § 491.6(g) (relating to request for stay or supersedeas).

Sincerely,

Stephan J. Madrak, Director
Bureau of Motor Vehicles

Page 2 of 2

PL_production 0284

OS-2 (11-08)



**pennsylvania**
DEPARTMENT OF TRANSPORTATION
www.dot.state.pa.us

Dealer/Agent Services Group
P. O. Box 68283
Harrisburg, PA 17106-8283
Phone: (717) 787-4290
DIN:  **18001153**
Hand Delivered: 1/14/2022

**CARVANA**
**1043 N Front street**
**Philadelphia, Pa. 19123**

## NOTICE OF INTENT TO SUSPEND

Based on administrative audits conducted on December 6, 2021 and December 30, 2021, the Department intends to suspend your Agent Service Agreement number **7357357.** You are suspended for a period of six (6) months effective 2/13/2022, pursuant to Paragraph(s)-17(54), 17(64),17(68), 17(72). These paragraphs provide as follows:

**Paragraph 17(54)–** The provider has failed to file and retain required records under this agreement- *first violation – Written Warning.*

**Specifically-**The agent is required to maintain 6 months of paper files when using the digital imaging process.  On the dates of the Audits the Agent had only the summary sheets and yellow copies in their paper files, no supporting documentation was included.

**Paragraph 17(64)-** The Provider has failed to enter the required information into the in-transit plate online tracking system at the time of issuance of the in-transit plate- *first violation-Certificate of Authorization suspended for one (1) month.*

**Specifically:** The following is a list of in-transit plates that were not issued via the online tracking system.

| PLATE # | ISSUE DATE | |
|---|---|---|
| Redacted | 1/12/21 | Showing in inventory online |
| | 1/12/21 | Showing in inventory online |
| | 1/12/21 | Showing in inventory online |

Page **1** of **3**

**Paragraph 17(68)** – The Provider, it's owner or employees has issued an application for title or registration but failed to verify the public vehicle identification number as required by this agreement applicable laws and regulations- *first violation- Certificate of Authorization suspended for one (1) month.*

**Specifically:** During the audit, the Department identified that none of the Arizona titles were V.I.N. verified. The following are examples:

| Transaction Date | WID # | Plate# | State of Title |
|---|---|---|---|
| 02/22/2021 | Redacted | Redacted | ARIZONA |
| 09/09/2021 | | | ARIZONA |
| 09/09/2021 | | | ARIZONA |
| 09/10/2021 | | | ARIZONA |
| 12/17/20 | | | ARIZONA |
| 9/10/2021 | | | ARIZONA |
| 09/15/2021 | | | ARIZONA |
| 09/17/2021 | | | ARIZONA |
| 09/21/2021 | | | ARIZONA |
| 09/21/2021 | | | ARIZONA |

**Paragraph 17(72)-** The Provider has issued registration cards and or plates but has submitted documents that are incomplete invalid or otherwise defective- *first violation- Certificate of Authorization suspended for one (1) month.*

Below are samples of the in-transit plates issued that do not have an agent or applicant signature on the summary sheets (This is a sampling and not all-inclusive listing):

| WID # | VIN # | PLATE # | DATE | |
|---|---|---|---|---|
| Redacted | | | 09/01/212 | Missing signatures |
| | | | 09/01/21 | Missing signatures |
| | | | 09/01/21 | Missing signatures |
| | | | 09/01/21 | Missing signatures pic of photo id |
| | | | 09/02/21 | Missing signatures |
| | | | 09/02/21 | Missing signatures |

Page 2 of 3

| Redacted | | 09/03/21 | Missing signatures |
|---|---|---|---|
| | | 09/03/21 | Missing signatures |
| | | 09/04/21 | Missing signatures |
| | | 09/04/21 | Missing signatures |

**Paragraph 17(12)** - The Provider has issued products at a location not authorized by the department. *First violation- Certificate of Authorization suspended for three (3) months and operation suspended at unapproved location until approved by Department or closed by the Provider.*

| WID # | PLATE # | DATE | NOTES |
|---|---|---|---|
| Redacted | | 01/27/21 | NJ notary and pic of photo id |
| | | 09/21/21 | NJ notary NJ Carvana address |
| | | 09/07/21 | NJ notary NJ Carvana address pic of photo id |
| | | 09/01/21 | NJ notary pic of photo id |
| | | 10/27/21 | NJ notary pic of photo id title not signed by seller |
| | | 10/27/21 | Nj notary identification not visible |
| | | | |
| | | 3758002 | NJ Carvana pic of photo id |

You have a right to request a hearing on the above referenced sanction(s) under 2 Pa.C.S. §§ 501-508 (relating to general rules of administrative practice and procedure of administrative agencies); 1 Pa. Code Part II (relating to general rules of administrative practice and procedure) and 67 Pa. Code Chapter 491 (relating to administrative practice and procedure) by submitting a written request for hearing within thirty (30) days of the above mail date to the Administrative Docket Clerk, Office of Chief Counsel, 400 North Street, 9th Floor, Harrisburg, PA  17120-0096. A copy of this letter shall accompany this request.

In order for your privileges to be restored pending appeal, you must request a stay or supersedeas of this Departmental Order of Suspension/Termination by submitting a written motion for a stay or supersedeas of this Order to the Department hearing officer in accordance with 67 Pa. Code § 491.6(g) (relating to request for stay or supersedeas).

Sincerely,

*Steph J Madrak*

Stephan J. Madrak, Director
Bureau of Motor Vehicles

Page 3 of 3

PL_production 0287

OS-2 (11-08)



**pennsylvania**
DEPARTMENT OF TRANSPORTATION
www.dot.state.pa.us

Dealer/Agent Services Group
P. O. Box 68283
Harrisburg, PA 17106-8283
Phone: (717) 425-7394
DIN:    18001153
**Hand Delivered: 8/29/2022**

**CARVANA**
**1043 N FRONT STREET**
**PHILADELPHIA PA 19123**

### NOTICE OF INTENT TO SUSPEND IMMEDIATELY

Based on an administrative audit conducted on August 4, 2022, the Department is suspending your Agent Service Agreement number 7357357. The suspension is effective immediately.  These actions are prohibited pursuant to Paragraph(s) 17 (56) & 17(74). This suspension will remain in effect for four (4) months effective immediately. These paragraphs provide as follows:

**17(56)-** The Provider has on more than one occasion failed to comply with any provision of the Vehicle code or Department regulations not specifically noted elsewhere in this agreement- *first Violation-Certificate of Authorization suspended for one (1) month.*

**Specifically-**   On the Date of the Audit August 04, 2022, the following out of State Titles had not been flipped into Pennsylvania Titles and or the vehicles were not sold within twenty (20) days of the transfer of ownership to the Philadelphia Carvana location.

| VIN | TITLE # | Transfer Date | Audit Date | NOTES |
|---|---|---|---|---|
| Redacted | | 06/20/2022 | 08/04/2022 | Carvana- no specifics on reverse of title very generic date didn't even specify year. |
| | | 06/23/22 | 08/04/2022 | |
| | | NONE | 08/04/2022 | |
| | | 06/24/2022 | 08/04/2022 | |
| | | NO DATE | 08/04/2022 | |

Page 1 of **2**

PL_production 0288

**17(74)**- The Provider has failed to comply with any Department policy or procedure not otherwise mentioned above- *first violation- Certificate of Authorization suspended for three (3) months.*

**Specifically**- During the current suspension period the Provider has been completing MV-41's as and authorized agent, verifying VIN numbers signing off with their suspended DIN number.

| DATE | WID # | MV-41 COMPLETED BY |
|------|-------|--------------------|
| 7/08/2022 | Redacted | |
| 08/22/2022 | | |
| 06/18/2022 | | |

You have a right to request a hearing on the above referenced sanction(s) under 2 Pa.C.S. §§ 501-508 (relating to general rules of administrative practice and procedure of administrative agencies); 1 Pa. Code Part II (relating to general rules of administrative practice and procedure) and 67 Pa. Code Chapter 491 (relating to administrative practice and procedure) by submitting a written request for hearing within thirty (30) days of the above mail date to the Administrative Docket Clerk, Office of Chief Counsel, 400 North Street, 9th Floor, Harrisburg, PA 17120-0096. A copy of this letter shall accompany this request.

In order for your privileges to be restored pending appeal, you must request a stay or supersedeas of this Departmental Order of Suspension/Termination by submitting a written motion for a stay or supersedeas of this Order to the Department hearing officer in accordance with 67 Pa. Code § 491.6(g) (relating to request for stay or supersedeas).

Sincerely,

*Stephen J. Madrak*

Stephan J. Madrak, Director
Bureau of Motor Vehicles

Page 2 of 2

PL_production 0289