# EXHIBIT 27

**Exhibit 27 to James A. Francis Declaration in Support of Plaintiff's Motion to Compel Dana Jennings, et al. v. Carvana, LLC; No. 5:21-cv-05400-MRP**

**PLAINTIFFS' INDEX OF EXHIBITS IN SUPPORT OF MOTION TO COMPEL**

| Exhibit | Description |
|---|---|
| 1 | Carvana's Amended Responses to Plaintiffs' First Set of Requests for Production |
| 2 | Carvana Responses and Objections to Plaintiffs' First Set of Interrogatories |
| 3 | Carvana Responses and Objections to Plaintiffs' Second Set of Requests for Production |
| 4 | Plaintiffs letter to counsel for Carvana summarizing the discussions and confirming their proposed modifications to the discovery requests to address Carvana's objections |
| 5 | Carvana's letter response to Plaintiffs' letter of May 30, 2025 |
| 6 | Carvana's Responses and Objections to Plaintiffs' Third Set of Requests for Production |
| 7 | Alberti-Correa Deposition Transcript Excerpts |
| 8 | Murphy Deposition Transcript Excerpts |
| 9 | Sterbenz Deposition Transcript Excerpts |
| 10 | Plaintiffs' letter to counsel for Carvana outlined the new information regarding the availability of data bearing on Plaintiffs' claims and the proposed classes learned through the Correa, Murphy, and Sterbenz testimony, and requested that Carvana update its written discovery responses accordingly |
| 11 | Carvana's letter response to Plaintiffs' letter of August 15, 2025 |
| 12 | Carvana Responses and Objections to Plaintiffs' Second Set of Interrogatories |
| 13 | Carvana's Amended Responses to Plaintiffs' Fourth Set of Requests for Production |
| 14 | Carvana's Amended Responses to Plaintiffs' Second Set of Requests for Admissions |
| 15 | Firman Deposition Transcript Excerpts |
| 16 | Iams Deposition Transcript Excerpts |
| 17 | Johnson Deposition Transcript Excerpts |
| 18 | Documents produced by Defendants bates-stamped CARV-0000002494 to 2495 |
| 19 | Documents produced by Defendants bates-stamped CARV-0000002272 to 2274 |
| 20 | Documents produced by Defendants bates-stamped CARV-00000001980 to 1985 |
| 21 | Documents produced by Defendants bates-stamped CARV-0000000 3011-3012 |
| 22 | Declaration of Jonathan Jaffe |
| 23 | Documents produced by Plaintiffs bates-stamped PL Production 274 to 289 |
| 24 | Documents produced by Defendants bates-stamped CARV-0000002821 to 2831 |
| 25 | Plaintiffs' Demonstrative version of CARV-0000002821 to CARV-0000002824 |
| 26 | Chart of Plaintiffs' Requests |
| 27 | Plaintiffs' Index of Exhibits |