IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JENNINGS,** *et al.* | : | |
| | : | **CIVIL ACTION** |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| **CARVANA, LLC,** | : | **NO. 21-5400** |
| | : | |
| Defendant. | : | |
| | | |
| **HARVIN,** *et al.* | : | |
| | : | **CIVIL ACTION** |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| **CARVANA, LLC,** *et al.* | : | **NO. 23-2068** |
| | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 6th day of January, 2026, upon consideration of Defendant Carvana, LLC's Motion to Dismiss (ECF No. 97), Plaintiffs' response in opposition (ECF No. 102), and Defendant's reply (ECF No. 103), it is hereby **ORDERED** as follows:

1. The Motion is **GRANTED only** to the extent Plaintiffs' UTPCPL claim in Count II is premised on Plaintiffs' "double-dipping" theory— i.e., that Defendants allegedly included a delivery or transit related charge in the vehicle's cash price and then charged that same amount again as a separate "Transit Charge."

2. Plaintiffs' duplicative charging theory is **DISMISSED without prejudice.**

3. The Motion is **DENIED** in all other respects.

BY THE COURT:

_____
HON. MIA R. PEREZ